Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PC Learning Centers, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA NYC Seminar and Conference Center<br>DBA PC Learn |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13-3486702 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>NYC Seminar and Conference Center<br>114 W 26th Street, 3rd Floor<br>New York, NY 10001<br>Number, Street, City, State & ZIP Code<br><br>New York<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.nycseminarcenter.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  PC Learning Centers, Inc.   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | PC Learning Centers, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | PC Learning Centers, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 9, 2025
                 MM / DD / YYYY

**X** /s/ Tod Shapiro            Tod Shapiro
Signature of authorized representative of debtor     Printed name

Title    Vice President

**18. Signature of attorney**

**X** /s/ Kenneth L. Baum       Date   September 9, 2025
Signature of attorney for debtor              MM / DD / YYYY

Kenneth L. Baum
Printed name

Law Offices of Kenneth L. Baum, LLC
Firm name

201 W. Passaic Street, Suite 104
Rochelle Park, NJ 07662
Number, Street, City, State & ZIP Code

Contact phone   (201) 853-3030     Email address   kbaum@kenbaumdebtsolutions.com

NY
Bar number and State

Fill in this information to identify the case:

Debtor name: PC Learning Centers, Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acrisurse Ins Prtrs Serv of NY LLC<br>90 S Ridge Street<br>10753 | | | Unliquidated | | | $932.80 |
| Acrisurse Ins Prtrs Serv of NY LLC<br>90 S Ridge Street<br>10753 | | | Unliquidated | | | $182.50 |
| American Express (Blue)<br>PO Box 1270<br>Newark, NJ 10001-1270 | | Credit card purchases | Unliquidated | | | $6,038.82 |
| American Express (Platinum)<br>PO Box 1270<br>Newark, NJ 07101-1270 | | Credit card purchases | Unliquidated | | | $2,783.41 |
| Bank of America<br>P.O. Box 660441<br>Dallas, TX 75266-0441 | | | Unliquidated | | | $9,411.87 |
| Citibank, N.A.<br>Citibank CBO Services<br>P.O. Box 769018<br>San Antonio, TX 78245 | | Citibank Balance through 6/16/25 | Unliquidated | $329,647.91 | $31,366.83 | $298,281.08 |
| Eugene Kaplan<br>148 W. Waterview Street<br>Northport, NY 11768 | | Loan | | | | $100,000.00 |
| Eugene Kaplan<br>148 W. Waterview Street<br>Northport, NY 11768 | | Loan | | | | $50,000.00 |

| Debtor | PC Learning Centers, Inc. | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Golenbock Eiseman Assor Bell & Peskoe 711 Third Avenue New York, NY 10017 | | | Unliquidated | | | $1,554.00 |
| Julie B. Kaplan 30 Waterside Plaza, Apt 28A New York, NY 10010 | | Loan | | | | $27,000.00 |
| Manhattan Fire and Safety 242 West 30th Street 7th Floor New York, NY 10010 | | Services Performed | | | | $215.37 |
| Mark Schreck and Company CPA, PC 212 W 35th Street, 13th Floor New York, NY 10001 | | | Unliquidated | | | $1,618.80 |
| Spacebase Marburger Str. 2 10789 Berlin, Germany | | | Disputed | | | $811.75 |
| Trustees of the Masonic Hall 71 West 23rd Street 10th Floor New York, NY 10010 | | | Disputed | | | $1,693,850.28 |
| U.S. Small Business Administration CESC-COVID EIDL SERVICE CENTER 14925 Kingsport Road Fort Worth, TX 76155 | | | | $467,477.22 | $0.00 | $467,477.22 |
| Verizon PO Box 15043 Albany, NY 12212-5043 | | | Unliquidated Disputed | | | $4,433.14 |

# United States Bankruptcy Court
## Southern District of New York

In re   PC Learning Centers, Inc.                                    Case No.
                                    Debtor(s)                        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   September 9, 2025                    /s/ Tod Shapiro
                                             Tod Shapiro/Vice President
                                             Signer/Title

Acrisurse Ins Prtrs Serv of NY LLC
90 S Ridge Street
10753

Acrisurse Ins Prtrs Serv of NY LLC
90 S Ridge Street
10753

American Express (Blue)
PO Box 1270
Newark, NJ 10001-1270

American Express (Platinum)
PO Box 1270
Newark, NJ 07101-1270

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441

Citibank, N.A.
Citibank CBO Services
P.O. Box 769018
San Antonio, TX 78245

Citibank, N.A.
1 Court Square, 43rd Floor
Long Island City, NY 11120

Eugene Kaplan
148 W. Waterview Street
Northport, NY 11768

Eugene Kaplan
148 W. Waterview Street
Northport, NY 11768

Golenbock Eiseman Assor Bell & Peskoe
711 Third Avenue
New York, NY 10017

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Julie B. Kaplan
30 Waterside Plaza, Apt 28A
New York, NY  10010

Manhattan Fire and Safety
242 West 30th Street
7th Floor
New York, NY 10010

Mark Schreck and Company CPA, PC
212 W 35th Street, 13th Floor
New York, NY 10001


NYC Dept of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor New York, N
New Yor, NY 10038


Spacebase
Marburger Str. 2 10789
Berlin, Germany


Steven Shapiro
NYC Seminar and Conference Center
114 W 26th Street, 3rd Floor
New York, NY 10001


Tod Shapiro
NYC Seminar and Conference Center
114 W 26th Street, 3rd Floor
New York, NY 10001


Trustees of the Masonic Hall
71 West 23rd Street
10th Floor
New York, NY 10010


U.S. Small Business Administration
CESC-COVID EIDL SERVICE CENTER
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35283


Verizon
PO Box 15043
Albany, NY 12212-5043

# United States Bankruptcy Court
## Southern District of New York

In re: PC Learning Centers, Inc.  
Debtor(s)

Case No.  
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  PC Learning Centers, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 9, 2025  
Date

/s/ Kenneth L. Baum  
Kenneth L. Baum  
Signature of Attorney or Litigant  
Counsel for  PC Learning Centers, Inc.  
Law Offices of Kenneth L. Baum, LLC  
201 W. Passaic Street, Suite 104  
Rochelle Park, NJ 07662  
(201) 853-3030  Fax:(201) 584-0297  
kbaum@kenbaumdebtsolutions.com