# Profit and Loss - 9-9-2025
## NYC Seminar & Conference Center
### January 1-September 9, 2025

| Distribution account | Total |
|---|---:|
| Income | |
| **Total for Income** | **$436,396.26** |
| Cost of Goods Sold | 0.00 |
| **Gross Profit** | **$436,396.26** |
| Expenses | |
|    Advertising | 895.00 |
|    **Total for Advertising** | **$2,123.55** |
|    Cost of Events | 0.00 |
|    **Total for Cost of Events** | **$50,964.94** |
|    Credit Card Fees | 39.00 |
|    **Total for Credit Card Fees** | **$11,776.11** |
|    Finance Charges | 0.00 |
|    **Total for Finance Charges** | **$32,939.21** |
|    Insurance Expenses | 0.00 |
|    **Total for Insurance Expenses** | **$5,101.30** |
|    Internet Connectivity | 0.00 |
|    **Total for Internet Connectivity** | **$14,359.50** |
|    Labor Expense | 0.00 |
|    **Total for Labor Expense** | **$170,016.15** |
|    Operational Overhead | 0.00 |
|    **Total for Operational Overhead** | **$84,712.64** |
|    Reconciliation Discrepancies | -5.85 |
|    Rent | 0.00 |
|    **Total for Rent** | **$307,403.75** |
|    Taxes | 0.00 |
|    **Total for Taxes** | **$1,358.00** |
| **Total for Expenses** | **$680,749.30** |
| **Net Operating Income** | **-$244,353.04** |
| Other Income | 0.00 |
| Other Expenses | |
| **Total for Other Expenses** | **$139.13** |
| **Net Other Income** | **-$139.13** |
| **Net Income** | **-$244,492.17** |

Accrual Basis Sunday, September 14, 2025 11:48 AM GMTZ