# Statement of Cash Flows
## NYC Seminar & Conference Center
### January 1-September 9, 2025

| Full name | Total |
|---|---:|
| OPERATING ACTIVITIES | |
|   Net Income | -244,492.17 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|     Accounts Payable | 39,630.17 |
|     American Express - Blue (57008) | 5,246.95 |
|     American Express - Gold (63006) | 14,770.39 |
|     American Express - Plat (53003) | -312.33 |
|     A/R - Facilities | 17,404.32 |
|     Citibank - Checking Plus | 0.00 |
|     Dental/Vision Payable | -715.97 |
|     Deposit Error | 0.00 |
|     Family Paid Leave - Payable | 597.51 |
|     Health Insurance Payable | 0.00 |
|     Line of Credit (9834) | 122,556.30 |
|     Loan - Kaplan Bridge Loan | 27,000.00 |
|     Loan - SBA - EIDL | 12,612.04 |
|     Mastercard (0304) | 0.00 |
|     Mastercard (7153) | 11,227.48 |
|     Note - Comvision | 6,600.00 |
|     NYS Sales Tax Payable | -37.31 |
|   **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **$256,579.55** |
| **Net cash provided by operating activities** | **$29,810.86** |
| INVESTING ACTIVITIES | 0.00 |
| FINANCING ACTIVITIES | |
|   Capital Contributions Summary:Add'l Capital Contr.-2007-2025 | 21,166.67 |
|   Retained Earnings Adjustments | -21,164.36 |
| **Net cash provided by financing activities** | **$2.31** |
| **NET CASH INCREASE FOR PERIOD** | **$29,813.17** |
| **Cash at beginning of period** | **$6,855.94** |
| **CASH AT END OF PERIOD** | **$18,945.13** |