USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Saturday, September 13, 2025 7:22 AM
**To:** Kenneth Baum <kbaum@kenbaumdebtsolutions.com>
**Subject:** U.S. Bankruptcy Court, Southern District of New York - Undeliverable Notice, In re: PC Learning Centers, Inc., Case Number: 25-11964, mew, Ref: [p-239504866]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
September 14, 2025
From: United States Bankruptcy Court, Southern District of New York
Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: PC Learning Centers, Inc., Case Number 25-11964, mew

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Manhattan Division**
**One Bowling Green**
**New York, NY 10004-1408**

---

Undeliverable Address:
Acrisurse Ins Prtrs Serv of NY LLC
90 S Ridge Street
10753
Role type/cr id: 8618110
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Acrisure, 90 Ridge Street, Port Chester, NY 10573**

Undeliverable Address:
Acrisurse Ins Prtrs Serv of NY LLC
90 S Ridge Street
10753
Role type/cr id: 8618111
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Acrisure, 90 Ridge Street, Port Chester, NY 10573**

Undeliverable Address:
Birmingham, AL 35283
Role type/cr id: 8618132
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Please delete this entry. This City and State was uploaded as a separate entry and belongs to creditor U.S. Small Business Administration listed below and will be corrected below.**

Undeliverable Address:
Eugene Kaplan
148 W. Waterview Street
Role type/cr id: 8618117
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Eugene Kaplan, 148 Water Street, Northport, NY 11768**
**Note: This address is correct on petition and somehow uploaded incorrectly through Best Case.**

Undeliverable Address:
Northport, NY 11768
Role type/cr id: 8618118
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Please delete this entry. This City and State was uploaded as a separate entry and belong to creditor Eugene Kaplan and corrected in entry above.**

Undeliverable Address:
U.S. Small Business Administration
2 North Street, Suite 320
Role type/cr id: 8618131
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

**U. S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35283**
Note: This address is correct on petition and somehow uploaded incorrectly through Best Case.

---

_____  9/16/25
Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**