| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PC Learning Centers, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 25-11964 |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Citibank | Checking | | $25,718.03 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $25,718.03
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Security deposit from commercial lease           $150,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**   $150,000.00
   Add lines 7 through 8. Copy the total to line 81.

Debtor  PC Learning Centers, Inc.  Case number (If known) 25-11964
        Name

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11. Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 5,648.80 <br> face amount | -    0.00 = .... <br> doubtful or uncollectible accounts | $5,648.80 |

**12. Total of Part 3.**    $5,648.80

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Tables and Chairs | $0.00 | | $0.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**    $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No

| Debtor | PC Learning Centers, Inc. | Case number (If known) | 25-11964 |
|---|---|---|---|
| | Name | | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 114 W 26th Street<br>3rd Floor<br>New York, New York 10001 | Commercial Lease | $0.00 | | $0.00 |

56. **Total of Part 9.** $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>www.nycseminarcenter.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |

| Debtor | PC Learning Centers, Inc. | Case number (If known) | 25-11964 |
|---|---|---|---|
| | Name | | |

| 63. | **Customer lists, mailing lists, or other compilations** | |
|---|---|---|
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |
| 66. | **Total of Part 10.** <br> Add lines 60 through 65. Copy the total to line 89. | $0.00 |
| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?** <br> ☒ No <br> ☐ Yes | |
| 68. | **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** <br> ☒ No <br> ☐ Yes | |
| 69. | **Has any of the property listed in Part 10 been appraised by a professional within the last year?** <br> ☒ No <br> ☐ Yes | |

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    PC Learning Centers, Inc.                                  Case number (If known)  25-11964
          Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $25,718.03 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $150,000.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $5,648.80 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $0.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9.............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $181,366.83 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $181,366.83 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PC Learning Centers, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 25-11964 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Citibank, N.A.<br>Creditor's Name<br>Citibank CBO Services<br>P.O. Box 769018<br>San Antonio, TX 78245<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>9834<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>Citibank; Balance through 6/16/25<br><br>Describe the lien<br>UCC<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $329,647.91 | $31,366.83 |
| **2.2** U.S. Small Business Administration<br>Creditor's Name<br>CESC-COVID EIDL SERVICE CENTER<br>14925 Kingsport Road<br>Fort Worth, TX 76155<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>May 2020<br>Last 4 digits of account number<br>7203<br>Do multiple creditors have an interest in the same property?<br>☒ No | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br>Agreement<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent | $467,477.22 | $0.00 |
Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | PC Learning Centers, Inc. | Case number (if known) | 25-11964 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $797,125.13

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Citibank, N.A.<br>1 Court Square, 43rd Floor<br>Long Island City, NY 11120 | Line 2.1 | |
| Rebecca Salk, Esq.<br>U.S. Attorney's Office<br>Southern District of New York<br>86 Chambers Street. 3rd Floor<br>New York, NY 10007 | Line 2.2 | |
| U.S. Small Business Administration<br>District Counsel<br>26 Federal Plaza, Room 310<br>New York, NY 10278 | Line 2.2 | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Acrisure Ins Prtrs Serv of NY LLC<br>90 S Ridge Street<br>Port Chester, NY 10573<br>Date(s) debt was incurred _<br>Last 4 digits of account number 7086 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $932.80 |
| 3.2 | Acrisure Ins Prtrs Serv of NY LLC<br>90 S Ridge Street<br>Port Chester, NY 10573<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6000 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $182.50 |
| 3.3 | American Express (Blue)<br>PO Box 1270<br>Newark, NJ 07101-1270<br>Date(s) debt was incurred _<br>Last 4 digits of account number 7008 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit card purchases<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $6,038.82 |
| 3.4 | American Express (Platinum)<br>PO Box 1270<br>Newark, NJ 07101-1270<br>Date(s) debt was incurred _<br>Last 4 digits of account number 3003 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit card purchases<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $2,783.41 |
| 3.5 | Bank of America<br>P.O. Box 660441<br>Dallas, TX 75266-0441<br>Date(s) debt was incurred _<br>Last 4 digits of account number 7153 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $9,411.87 |

| | | |
|---|---|---|
| Debtor | PC Learning Centers, Inc.<br>Name | Case number (if known) 25-11964 |

| 3.6 | Nonpriority creditor's name and mailing address<br>Eugene Kaplan<br>148 W. Waterview Street<br>Northport, NY 11768 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  2023 | Basis for the claim:  Loan | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Eugene Kaplan<br>148 W. Waterview Street<br>Northport, NY 11768 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  2024 | Basis for the claim:  Loan | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Golenbock Eiseman Assor Bell & Peskoe<br>711 Third Avenue<br>New York, NY 10017 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $1,554.00 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Julie B. Kaplan<br>30 Waterside Plaza, Apt 28A<br>New York, NY   10010 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  2025 | Basis for the claim:  Loan | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>Manhattan Fire and Safety<br>242 West 30th Street<br>7th Floor<br>New York, NY 10001 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $215.37 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | Basis for the claim:  Services Performed | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>Mark Schreck and Company CPA, PC<br>212 W 35th Street, 13th Floor<br>New York, NY 10001 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $1,618.80 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Spacebase<br>Marburger Str. 2<br>10789<br>Berlin, Germany | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $811.75 |
|---|---|---|---|
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| Debtor | PC Learning Centers, Inc. | Case number (if known) | 25-11964 |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Trustees of the Masonic Hall<br>71 West 23rd Street<br>10th Floor<br>New York, NY 10010 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,693,850.28 |
|---|---|---|---|
| | Date(s) debt was incurred March 2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Verizon<br>PO Box 15043<br>Albany, NY 12212-5043 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $4,433.14 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number 7564 | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 1,898,832.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 1,898,832.74 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PC Learning Centers, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 25-11964 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | commercial lease | |
| | State the term remaining | expires 2/29/2034 | SJ Shamie Realty LLC<br>c/o Adams & Company Real Estate<br>114 W 26th Street<br>New York, NY 10001 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PC Learning Centers, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 25-11964 |

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** / *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Steven Shapiro | NYC Seminar and Conference Center<br>114 W 26th Street, 3rd Floor<br>New York, NY 10001 | Citibank, N.A. | ☒ D   2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Steven Shapiro | NYC Seminar & Conference Center<br>114 W 26th Street, 3rd Floor<br>New York, NY 10001 | American Express (Blue) | ☐ D ____<br>☒ E/F   3.3<br>☐ G ____ |
| 2.3 | Steven Shapiro | NYC Seminar & Conference Center<br>114 W 26th Street, 3rd Floor<br>New York, NY | American Express (Platinum) | ☐ D ____<br>☒ E/F   3.4<br>☐ G ____ |
| 2.4 | Tod Shapiro | NYC Seminar and Conference Center<br>114 W 26th Street, 3rd Floor<br>New York, NY 10001 | Citibank, N.A. | ☒ D   2.1<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H   Schedule H: Your Codebtors   Page 1 of 1
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy