Citibank CBO Services     452
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
▮▮▮▮▮▮

**Statement Period
Sep 12 - Oct 10, 2025**

P C LEARN
P C LEARNING CENTERS, INC.
NYC SEMINAR AND CONFERENCE CENTER
114 W 26TH ST  Floor 3
NEW YORK                NY 10001-7058

## CitiBusiness® ACCOUNT AS OF OCTOBER 10, 2025

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$0.00** |
| **Savings** | ----- |
| **Checking Plus** | **$0.00** |

| **Checking** | **Balance** |
|---|---|
| CitiBusiness Checking | $0.00 |

| **Checking Plus** | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|
| Checking Plus   (as of 10/10/25) | $0.00 | $0.00 | $0.00 |

> IMPORTANT INFORMATION: Effective November 11, 2025, Citibank will discontinue the specific Texas funds availability rules for check deposits made at Texas lockbox locations and Proprietary Citibank ATMs located in Texas. All such deposits will instead be subject to Citibank´s standard funds availability policy.

## SUGGESTIONS AND RECOMMENDATIONS

IMPORTANT NOTICE REGARDING PRICING CHANGES
Effective December 1, 2025, we are updating pricing for select cash management products on CitiBusiness Online/CitiDirect Commercial Banking. These adjustments are in line with current market practice, and you´ll see the changes reflected on your December 2025 statement. For details or questions, please contact your Relationship Manager. For Citi Business Banking customers please review the following link:
https://online.citi.com/JRS/popups/BusinessClientNotification.pdf.

## CHECKING ACTIVITY

### CitiBusiness Checking

| | | |
|---|---|---|
| **Beginning Balance:** | $18,944.99 |
| **Ending Balance:** | $0.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/12 | ELECTRONIC CREDIT<br>STRIPE        TRANSFER  ST-P5Z0U6H2O4R7 Sep 12 | | 2,909.75 | 21,854.74 |
| 09/12 | ATM WITHDRAWAL<br>717 AVENUE AMERICAS, NY, NY | 320.00 | | 21,534.74 |
| 09/15 | ELECTRONIC CREDIT<br>STRIPE        TRANSFER  ST-F6N4K2U3J2A5 Sep 15 | | 6,541.88 | 28,076.62 |
| 09/15 | ATM WITHDRAWAL<br>717 AVENUE AMERICAS, NY, NY | 20.00 | | 28,056.62 |
| 09/15 | ATM WITHDRAWAL<br>717 AVENUE AMERICAS, NY, NY | 800.00 | | 27,256.62 |
| 09/15 | ACH DEBIT<br>THE HARTFORD     INSPMTCL  14367086      Sep 15 | 923.80 | | 26,332.82 |
| 09/16 | ELECTRONIC CREDIT<br>STRIPE        TRANSFER  ST-I5B3Z8S9D0E3 Sep 16 | | 2,874.17 | 29,206.99 |
| 09/17 | ELECTRONIC CREDIT<br>STRIPE        TRANSFER  ST-K0C5D0Q5X1F6 Sep 17 | | 2,060.18 | 31,267.17 |

## CHECKING ACTIVITY          Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/18 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-H5M8P9I0E1H1 Sep 18 | | 5,609.68 | 36,876.85 |
| 09/18 | ATM WITHDRAWAL<br>717 AVENUE AMERICAS, NY, NY | 40.00 | | 36,836.85 |
| 09/18 | ATM WITHDRAWAL<br>717 AVENUE AMERICAS, NY, NY | 300.00 | | 36,536.85 |
| 09/22 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-P0I3P1W6G3Z4 Sep 22 | | 4,488.48 | 41,025.33 |
| 09/22 | BUSINESS LOAN PAYMENT<br>AUTOMATED LOAN PAYMENT 000000022819834 Sep 22 | 9,017.85 | | 32,007.48 |
| 09/22 | ACH DEBIT<br>PAYROLL SERVICE 1JB4 1JB4 1JB4 Sep 22 | 10,195.33 | | 21,812.15 |
| 09/23 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-H8X2M3H4E6F3 Sep 23 | | 9,841.12 | 31,653.27 |
| 09/23 | ACH DEBIT<br>ONLINE PAYROLL PAYROLL 4804544 Sep 23 | 226.65 | | 31,426.62 |
| 09/24 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-W8M0S7O9H4G7 Sep 24 | | 1,454.95 | 32,881.57 |
| 09/25 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-F3Z0J8A6S6O2 Sep 25 | | 1,056.80 | 33,938.37 |
| 09/25 | DOM WIRE OUT | 15,000.00 | | 18,938.37 |
| 09/26 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-V2C0D9D7K4L3 Sep 26 | | 16,855.06 | 35,793.43 |
| 09/29 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-O9S1P6J4O5F3 Sep 29 | | 4,193.39 | 39,986.82 |
| 09/29 | CREDIT MEMO<br>ADJUSTMENT FROM BUSINESS LOAN #(0022819834) | | 9,017.85 | 49,004.67 |
| 09/29 | ACH DEBIT<br>CHASE CREDIT CRD AUTOPAYBUS 000000000510937 Sep 29 | 39.58 | | 48,965.09 |
| 09/30 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-M7H9G2L8B7I7 Sep 30 | | 3,250.56 | 52,215.65 |
| 10/01 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-L3O9G0W6M3J0 Oct 01 | | 7,334.99 | 59,550.64 |
| 10/01 | DOM WIRE OUT | 58,000.00 | | 1,550.64 |
| 10/01 | ACH DEBIT<br>OBM WEB PAY 002245 Oct 01 | 114.13 | | 1,436.51 |
| 10/02 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-A9N7N0Q6R6A7 Oct 02 | | 2,283.78 | 3,720.29 |
| 10/03 | ELECTRONIC CREDIT<br>STRIPE TRANSFER ST-A0M0I6K4K9F5 Oct 03 | | 332.34 | 4,052.63 |
| 10/06 | ACH DEBIT<br>BANK CARD PAYMENT 547415750033715 Oct 06 | 11,063.64 | | 7,011.01- |
| 10/07 | RETURNED CHECK | | 11,063.64 | 4,052.63 |
| 10/08 | DOM WIRE OUT | 4,052.63 | | 0.00 |
| | **Total Debits/Credits** | **110,113.61** | **91,168.62** | |

## CHECKING PLUS ACTIVITY

**Checking Plus**

█████

| | |
|---|---|
| **Credit Line:** | **$0.00** |
| **Amount Available:** | **$0.00** |
| **Beginning Amount Owed:** | **$0.00** |
| **Ending Amount Owed:** | **$0.00** |
| **Finance Charges Paid Year To Date:** | **$2.57** |
| **Finance Charges Paid Last Year:** | **$21.03** |

| FINANCE CHARGE Computation | | | | | | |
|---|---|---|---|---|---|---|
| Billing Cycle | | # of Days | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Average Daily Balance | FINANCE CHARGE |
| From | Through | | | | | |
| 09/15 | 09/18 | 4 | 15.50% | .042465% | $0.00 | $0.00 |
| 09/19 | 10/10 | 22 | 15.25% | .041780% | $0.00 | $0.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
| Checking Plus | For TTY:We accept 711 or | 100 Citibank Drive |
| | other Relay Service. | San Antonio, TX 78245-9966 |

For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

For change in address, call your account officer or visit your branch.

© 2025 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services    452
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**



**Statement Period**
**Oct 11 - Nov 13, 2025**

Page 1 of 2

P C LEARN
P C LEARNING CENTERS, INC.
NYC SEMINAR AND CONFERENCE CENTER
114 W 26TH ST  Floor 3
NEW YORK                NY 10001-7058

## CitiBusiness® ACCOUNT AS OF NOVEMBER 13, 2025

**Relationship Summary:**

| | |
|---|---|
| **Checking** | ----- |
| **Savings** | ----- |
| **Checking Plus** | **$0.00** |

Your 2025 ATM Security Tips and Important Notice Regarding Verbal and Written Communications are now available to view online. To view the communications, please click on the links below, or type the URLs into the address bar of your internet browser:
ATM Safety Tips English: www.online.citi.com/JRS/popups/atmsafety.pdf
ATM Safety Tips Spanish: www.online.citi.com/JRS/popups/atmsafety_es.pdf
Important Notice Regarding Verbal and Written Communications:
www.online.citi.com/JRS/popups/ILCS.pdf

## SUGGESTIONS AND RECOMMENDATIONS

IMPORTANT NOTICE REGARDING PRICING CHANGES

Effective December 1, 2025, we are updating pricing for select cash management products on CitiBusiness Online/CitiDirect Commercial Banking. These adjustments are in line with current market practice, and you´ll see the changes reflected on your December 2025 statement. For details or questions, please contact your Relationship Manager. For Citi Business Banking customers please review the following link:
https://online.citi.com/JRS/popups/BusinessClientNotification.pdf.

## CHECKING PLUS ACTIVITY

**Checking Plus**

| | |
|---|---|
| **Credit Line:** | **$0.00** |
| **Amount Available:** | **$0.00** |
| **Beginning Amount Owed:** | **$0.00** |
| **Ending Amount Owed:** | **$0.00** |
| **Finance Charges Paid Year To Date:** | **$2.57** |
| **Finance Charges Paid Last Year:** | **$21.03** |

| FINANCE CHARGE Computation | | | | | | |
|---|---|---|---|---|---|---|
| **Billing Cycle** | | **# of Days** | **ANNUAL PERCENTAGE RATE** | **Daily Periodic Rate** | **Average Daily Balance** | **FINANCE CHARGE** |
| **From** | **Through** | | | | | |
| 10/11 | 10/30 | 20 | 15.25% | .041780% | $0.00 | $0.00 |
| 10/31 | 11/13 | 14 | 15.00% | .041095% | $0.00 | $0.00 |

P C LEARN
P C LEARNING CENTERS, INC.

Account ▮▮▮▮▮▮▮

Page 2 of 2
Statement Period:  Oct 11 - Nov 13, 2025

000/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking Plus | 877-528-0990<br>For TTY:We accept 711 or<br>other Relay Service. | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

For change in address, call your account officer or visit your branch.

© 2025 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.



# PREMIERBANK
### EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000



PC LEARNING CENTERS INC
DBA NYC SEMINAR & CONFERENCE CENTER
CASE 25-119-64-MEW; DEBTOR IN POSSESSION
OPERATING ACCOUNT
114 WEST 26TH ST 3RD FLOOR
NEW YORK NY 10001

**FINANCIAL SERVICES STATEMENT**

Member **FDIC**

Statement Date: **10/31/2025**　　　　　　　Account No.: ▮▮▮▮　Page: 1

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| ▮▮▮▮ | | DIP | Deposit | 3,781.84 |

Your Total Deposits = 3,781.84 And Your Total Loans = .00

## DIP SUMMARY

Type : **REG**　Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/30/25 | | 3,274.82 |
| Debits | 5 | 6,929.74 |
| Automatic Withdrawals | 8 | 50,568.96 |
| Automatic Deposits | 3 | 58,000.13+ |
| Interest Added This Statement | | 5.59+ |
| Ending Balance On 10/31/25 | | 3,781.84 |
| Annual Percentage Yield Earned | 0.25% | |
| Interest Paid This Year | 6.05 | |
| Average Balance (Ledger) | 26,344.96+ | |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 10/02/25 | INCOMING WIRE CITIBANK | 58,000.00 |
| 10/03/25 | VERIFY CREDIT | 0.11 |
| 10/20/25 | PAYCHEX TPS TAXES | 0.02 |
| 10/31/25 | INTEREST PAID | 5.59 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/06/25 | 1026 | 1,185.64 | 10/17/25 | 1028 | 1,299.20 | 10/17/25 | 1030 | 1,299.20 |
| 10/07/25 | 1027 | 1,846.50 | 10/17/25 | 1029 | 1,299.20 | | | |

Continued　　　3/1268/1

 **PREMIERBANK**

EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000



 Member **FDIC**

**FINANCIAL SERVICES STATEMENT**

Statement Date: **10/31/2025**                    Account No.: ▮▮▮▮▮  Page: **2**

## ELECTRONIC DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 10/01/25 | CORP E CORP E-CHECK | 20.00 |
| 10/02/25 | INCOMING WIRE TRANSFER FEE | 12.00 |
| 10/03/25 | VERIFY PAYMENT | 0.11 |
| 10/08/25 | INVOICE RE000013 PAYMENT | 27,280.88 |
| 10/14/25 | ONLINE PAYROLL PAYROLL | 87.08 |
| 10/14/25 | PAYROLL SERVICE 1JB4 | 11,614.30 |
| 10/30/25 | PAYROLL SERVICE 1JB4 | 11,471.94 |
| 10/31/25 | ONLINE PAYROLL PAYROLL | 82.65 |



## OVERDRAFT FEE SUMMARY

|  | Total For This Period | Total Year-To-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 09/30/25 was 3,274.82

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 10/01/25 | 3,254.82 | 10/07/25 | 58,210.68 | 10/20/25 | 15,330.84 |
| 10/02/25 | 61,242.82 | 10/08/25 | 30,929.80 | 10/30/25 | 3,858.90 |
| 10/03/25 | 61,242.82 | 10/14/25 | 19,228.42 | 10/31/25 | 3,781.84 |
| 10/06/25 | 60,057.18 | 10/17/25 | 15,330.82 | | |

| This Statement Cycle Reflects 31 Days |
|---|

| The Interest Earned And The Annual Percentage Yield Earned Are Based On The Period 10/01/2025 Through 10/31/2025 |
|---|



**Continued**                    **3/1268/2**

0834                    SEE REVERSE SIDE FOR IMPORTANT INFORMATION



16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000





Member
**FDIC**

**FINANCIAL SERVICES STATEMENT**

Statement Date: **10/31/2025**　　　　　　　Account No.: ▮▮▮▮▮▮　Page: **3**

> **EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
> $5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
> E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
> GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.**



**Continued**　　　　3/1268/3

#  PREMIERBANK
EXPECT MORE

**PC LEARNING CENTERS INC**
Account No. : ▮▮▮▮▮▮▮
Stmt. Date : 10/31/2025

Bank : 834
Images : 5
Page : 4




---

## IMAGE STATEMENT



AMT: 1,185.64  CHK: 1026  DATE: 10/06/2025 SEQ: 80200630  STS: Paid



AMT: 1,185.64  CHK: 1026  DATE: 10/06/2025 SEQ: 80200630  STS: Paid



AMT: 1,846.50  CHK: 1027  DATE: 10/07/2025 SEQ: 80500190  STS: Paid




AMT: 1,846.50  CHK: 1027  DATE: 10/07/2025 SEQ: 80500190  STS: Paid



| PC LEARNING CENTERS INC | | Bank : | 834 |
| Account No. : | 22484728 | Images : | 5 |
| Stmt. Date : | 10/31/2025 | Page : | 6 |

## IMAGE STATEMENT



AMT: 1,299.20  CHK: 1030  DATE: 10/17/2025 SEQ: 80001180  STS: Paid



AMT: 1,299.20  CHK: 1030  DATE: 10/17/2025 SEQ: 80001180  STS: Paid

# Initiate Business Checking℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

It's Cybersecurity Awareness Month.

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

Imposters may contact you with messages that:
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.



Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 10/3 | $0.00 |
| Deposits/Credits | 75,753.99 |
| Withdrawals/Debits | - 16,421.18 |
| **Ending balance on 10/31** | **$59,332.81** |

Account number: ▉▉▉▉▉▉ (primary account)

**PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▉▉▉▉▉

For Wire Transfers use
Routing Number (RTN): ▉▉▉▉▉

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 10/3 | | eDeposit IN Branch 10/03/25 12:17:40 PM 104 E 14th St NEW York NY | 25.00 | | 25.00 |
| 10/6 | | Stripe Transfer St-E0Y7x7S3R0J5 PC Learning Centers IN | 386.88 | | 411.88 |
| 10/7 | | Stripe Transfer St-N7J3P9A6U4W2 PC Learning Centers IN | 5,254.99 | | 5,666.87 |
| 10/8 | | Stripe Transfer St-J0L7A8Y3F9H5 PC Learning Centers IN | 4,239.16 | | 9,906.03 |
| 10/9 | | Stripe Transfer St-D1S0x8H5C7W9 PC Learning Centers IN | 9,620.41 | | 19,526.44 |
| 10/10 | | Stripe Transfer St-F3V8R6I8F6U7 PC Learning Centers IN | 464.02 | | |
| 10/10 | | Mobile Deposit : Ref Number :706100637371 | 4,052.63 | | 24,043.09 |
| 10/14 | | Peerspace Peerspace St-A2G4Z0J8J2U7 PC Learning Centers IN | 766.29 | | |
| 10/14 | | Stripe Transfer St-E8Q8S8O7P0V5 PC Learning Centers IN | 1,808.46 | | 26,617.84 |
| 10/15 | | Stripe Transfer St-Y1V9I2V9U7C7 PC Learning Centers IN | 1,541.36 | | 28,159.20 |
| 10/16 | | Stripe Transfer St-H3K6V8A9Z1H9 PC Learning Centers IN | 1,544.37 | | 29,703.57 |
| 10/17 | | Stripe Transfer St-F8D5A0Z6Z9U7 PC Learning Centers IN | 2,721.55 | | 32,425.12 |
| 10/20 | | Stripe Transfer St-G7P2E3J3T9V9 PC Learning Centers IN | 6,940.55 | | |
| 10/20 | | Zelle to Julie Kaplan on 10/20 Ref # Wfct0Zdmtcwy Test Zelle | | 1.00 | |
| 10/20 | | Zelle to Julie Kaplan on 10/20 Ref # Wfct0Zdn3x4S Payment 1 of 2 | | 4,000.00 | |
| 10/20 | | Purchase authorized on 10/20 Fairway Market of Chelsea NEW York NY P305293695819009 Card 4336 | | 121.30 | 35,243.37 |
| 10/21 | | Stripe Transfer St-H9W8G7S4J8W1 PC Learning Centers IN | 14,573.02 | | |
| 10/21 | | Purchase authorized on 10/20 Fairway Market of NEW York NY S465293600910489 Card 4336 | | 201.90 | |
| 10/21 | | Purchase authorized on 10/20 Fairway Market of NEW York NY S465293606945366 Card 4336 | | 1.82 | |
| 10/21 | | Zelle to Julie Kaplan on 10/21 Ref # Wfct0Zdpvnt4 Payment 3 | | 4,500.00 | |
| 10/21 | | Purchase authorized on 10/21 Fairway Market of Chelsea NEW York NY P465294601093830 Card 4336 | | 117.80 | |
| 10/21 | | Purchase authorized on 10/21 The Home Depot #6175 NEW York NY P345294732776040 Card 4336 | | 59.45 | 44,935.42 |
| 10/22 | | Stripe Transfer St-U8W0C1T1Z8Q6 PC Learning Centers IN | 8,395.85 | | |
| 10/22 | | Purchase authorized on 10/21 Dunkin #348821 Q35 NEW York NY S585294474639203 Card 4336 | | 42.98 | 53,288.29 |
| 10/23 | | Stripe Transfer St-Y3N5Q0O8U7P3 PC Learning Centers IN | 896.36 | | 54,184.65 |
| 10/24 | | Stripe Transfer St-A6M6U3H0B4B2 PC Learning Centers IN | 372.29 | | |
| 10/24 | | Mobile Deposit : Ref Number :313240653459 | 25.00 | | |
| 10/24 | | Cash eWithdrawal IN Branch 10/24/2025 09:53 Am 169 7th Ave NEW York NY 4336 | | 1,500.00 | 53,081.94 |
| 10/27 | | Stripe Transfer St-M9A2J2Z6M1L4 PC Learning Centers IN | 382.66 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 10/27 | | Purchase authorized on 10/25 Fairway Market of Chelsea NEW York NY P385298758782707 Card 4336 | | 30.89 | |
| 10/27 | | Zelle to Shapiro Steven on 10/26 Ref # Wfct0Zf856Tm Td Bank Account Reimbursement | | 25.00 | 53,408.71 |
| 10/28 | | Stripe Transfer St-D7H9K4S4H8R5 PC Learning Centers IN | 773.06 | | |
| 10/28 | 1001 | Check | | 5,819.04 | 48,362.73 |
| 10/29 | | Stripe Transfer St-A8L2Y2Y0D5C3 PC Learning Centers IN | 99.38 | | 48,462.11 |
| 10/31 | | Stripe Transfer St-U4W0F3H6N3B9 PC Learning Centers IN | 445.82 | | |
| 10/31 | | WT 2025103100577841 Vietnam Joint St /Org=1/Quy Ho Tro Phat Trien Du Lich Srf# 2025103100577841 Trn#251031046644 Rfb# 106O251031032207 | 10,424.88 | | 59,332.81 |
| Totals | | | $75,753.99 | $16,421.18 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 1001 | 10/28 | 5,819.04 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/03/2025 - 10/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Average ledger balance | $1,000.00 | $31,670.00 ÷ |
| • Minimum daily balance | $500.00 | $25.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your                     $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                       +  $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                               TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  -  $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801