UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PC LEARNING CENTERS, INC.,

Debtor.[1]

Case No. 25-11964-mew

Chapter 11 (Subchapter V)

**ORDER SCHEDULING INTERIM HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING, (II) GRANTING A LIEN AND PROVIDING CLAIMS WITH ADMINISTRATIVE EXPENSE STATUS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING OTHER RELATED RELIEF**

THIS MATTER having been opened to the Court upon the request of PC Learning Centers, Inc., the within debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned counsel, to schedule an interim hearing on the Debtor's motion for entry of interim and final orders (I) authorizing the Debtor to obtain postpetition financing, (II) granting a lien and providing claims with administrative expense status, (III) modifying the automatic stay, and (IV) granting other related relief (the "**Motion**");

**IT IS ORDERED** as follows:

1. An interim hearing on the Motion be and is hereby scheduled for **December 17, 2025, at 2:00 p.m.** (the "**Interim Hearing**"). The Interim Hearing will be conducted remotely using Zoom for Government. Those who want to participate must register their appearance utilizing the Electronic Appearance portal located on the Court's website:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

You must register your appearance by 4:00 p.m., prevailing Eastern Time, the business day before the Interim Hearing.

---

[1] The last four digits of the debtor's federal Employer Identification Number (EIN) are 6702.

2. The Debtor's counsel shall serve copies of this Order and the pleadings in support of the Motion on all creditors, the subchapter V trustee, and the Office of the United States Trustee by overnight mail no later than December 12, 2025, and file a Certificate of Service. Service in this manner shall constitute good and sufficient notice of the Motion.

3. Objections to the Motion may be presented at the Hearing.

Dated: New York, New York
      December 11, 2025

      /s/ **Michael E. Wiles**
      UNITED STATES BANKRUPTCY JUDGE