EXHIBIT B

N/A