# EXHIBIT C

## 1 - Wells Fargo - Checking - (9147 DIP)
## 11-01-2025 thru 11-30-2025

| Date | Ref No. | Payee | Memo | Deposit |
|---|---|---|---|---|
| 11/30/2025 | Adjustment | SurePayroll | Payroll Fees | |
| 11/30/2025 | Payroll | SurePayroll | Direct Deposit Total | |
| 11/30/2025 | Payroll | SurePayroll | Employee Taxes Impounded | |
| 11/30/2025 | Payroll | SurePayroll | Employer Taxes Impounded | |
| 11/30/2025 | EPAY | conEdison | 70044-66131-5 | |
| 11/30/2025 | EPAY | Oxford Benefit Management | 002245 | |
| 11/28/2025 | EPAY | The Hartford (1305600) - Workers Comp | 01 1305600 | |
| 11/28/2025 | | | SCC Batch | $ 29,832.71 |
| 11/26/2025 | 35231264 | Max John (TagVenue) - C | 35231264-Payment 1 | $ 255.00 |
| 11/26/2025 | EPAY | conEdison | 70044-66131-5 | |
| 11/25/2025 | | | | $ 238.72 |
| 11/24/2025 | BSC | | Bank Fee - Wire | |
| 11/24/2025 | ATM | | Janitorial & Custodial Services | |
| 11/22/2025 | WIRE | Citibank-Line of Credit-834 - Bankruptcy | OWXXXXXXXX666066 TRN#XXXXXXXX4723 RFB# | |
| 11/21/2025 | | | SCC Batch | $ 2,047.23 |
| 11/20/2025 | | The Day Trading Academy | SCC Batch | $ 290.25 |
| 11/19/2025 | | The Day Trading Academy | SCC Batch | $ 1,513.51 |
| 11/18/2025 | 35200297 | Franklin Switzerland (TagVenue) | 35200297-Payment 1 | $ 442.00 |
| 11/18/2025 | | | SCC Batch | $ 2,611.35 |
| 11/17/2025 | 35137147 | West Point Society of Richmond (Peerspace) | 35137147 -Payment 1 (ACH) | $ 307.20 |
| 11/17/2025 | EPAY | The Hartford (086) - Business Insurance | 14367086 | |
| 11/17/2025 | | Allstate Insurance (Liquid Space) | SCC Batch | $ 117.65 |
| 11/15/2025 | Payroll | SurePayroll | Direct Deposit Total | |
| 11/15/2025 | Payroll | SurePayroll | Employee Taxes Impounded | |
| 11/15/2025 | Payroll | SurePayroll | Employer Taxes Impounded | |
| 11/15/2025 | Payroll | SurePayroll | Payroll Fees | |
| 11/14/2025 | Bank Fees | | (Wires to Premier Bank | |
| 11/14/2025 | | | | $ 1,054.35 |
| 11/13/2025 | | | CROMPTON ALE HOUSE NEW YORK NY | |
| 11/13/2025 | ATM | | Janitorial & Custodial Services | |
| 11/13/2025 | | | SCC Batch | $ 1,019.70 |
| 11/12/2025 | | | SCC Batch | $ 2,032.56 |
| 11/11/2025 | | Fidelity | Refund to Close Down Fidelity Account | $ 0.64 |
| 11/10/2025 | | SmartSites | SCC Batch | $ 96.75 |
| 11/07/2025 | 1038 | PC Learning Centers, Inc. (v) | Close Account | $ 2,368.51 |
| 11/07/2025 | EPAY | Standard Security Life Insurance Co. NY | R08378-000 - | |
| 11/07/2025 | ATM | | Janitorial & Custodial Services | |
| 11/07/2025 | | Long Island Max Course Dental Seminars | SCC Batch | $ 217.18 |
| 11/06/2025 | | CVS STORE - 2671 NEW YORK | CVS/PHARMACY #02671 New York NY | |
| 11/06/2025 | | | SCC Batch | $ 192.60 |
| 11/05/2025 | | | SCC Batch | $ 1,756.09 |
| 11/04/2025 | | Citibank-Line of Credit-834 - Bankruptcy | SRF# OWXXXXXXXX666066 TRN#XXXXXXXX4723 RFB# | |
| 11/04/2025 | | Wells Fargo Bank-- 9147 | SRF# OWXXXXXXXX666066 TRN#XXXXXXXX4723 RFB# | |
| 11/04/2025 | (6247) | Apple Storage (Fidelity 6427) | SHAPIRO,STEVEN S 28 | |
| 11/04/2025 | | | SCC Batch | $ 1,456.51 |
| 11/03/2025 | | | SCC Batch | $ 2,899.80 |
| 11/01/2025 | EPAY | SJ Shamie Realty (Rent) | PL-OI2-PBZ-KT3 11-2025 - RE-000013668 ($27,280.88) | |
| | | | | $ 50,750.31 |