# Initiate Business Checking℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Tips to help avoid AI powered scams

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $59,332.81 |
| Deposits/Credits | 50,750.31 |
| Withdrawals/Debits | - 60,773.21 |
| **Ending balance on 11/30** | **$49,309.91** |

Account number: ▉▉▉▉▉▉ **(primary account)**

**PC LEARNING CENTERS, INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 11/3 | | Stripe Transfer St-K7Q0U8L2M5S6 PC Learning Centers IN | 2,899.80 | | 62,232.61 |
| 11/4 | | Stripe Transfer St-W8I6L9L6F5A3 PC Learning Centers IN | 1,456.51 | | |
| 11/4 | | Wire Trans Svc Charge - Sequence: 251104094723 Srf# Ow00006270666066 Trn#251104094723 Rfb# Ow00006270666066 | | 25.00 | |
| 11/4 | | WT 251104-094723 Citibank, N.A. /Bnf=Citibank Srf# Ow00006270666066 Trn#251104094723 Rfb# Ow00006270666066 | | 3,333.33 | |
| 11/4 | | Cardmember Serv Web Pymt 251103 **********6427 Shapiro,Steven S 28 | | 5.98 | 60,324.81 |
| 11/5 | | Stripe Transfer St-x5S8M5S4T1Z7 PC Learning Centers IN | 1,756.09 | | |
| 11/5 | | Open Items for C Payment Sj Shamie Realty LLC | | 27,280.88 | 34,800.02 |
| 11/6 | | Stripe Transfer St-H7V2U1I6E0Z2 PC Learning Centers IN | 192.60 | | |
| 11/6 | | Purchase authorized on 11/06 Cvs/Pharmacy #02671 NEW York NY P000000354220797 Card 4336 | | 21.48 | 34,971.14 |
| 11/7 | | Stripe Transfer St-R3D5N1U2F8I0 PC Learning Centers IN | 217.18 | | |
| 11/7 | | Mobile Deposit : Ref Number :907070561119 | 2,368.51 | | |
| 11/7 | | ATM Withdrawal authorized on 11/07 180 Madison Ave NEW York NY 0007364 ATM ID 6449I Card 4336 | | 890.00 | 36,666.83 |
| 11/10 | | Stripe Transfer St-M7I7H2K8D8I2 PC Learning Centers IN | 96.75 | | |
| 11/10 | < | Business to Business ACH Debit - Sslicny Ins Paymt 251107 1982645 PC *Learning | | 253.49 | 36,510.09 |
| 11/12 | | Mobile Deposit : Ref Number :903110303283 | 0.64 | | |
| 11/12 | | Stripe Transfer St-N1H9U4L8H5G2 PC Learning Centers IN | 2,032.56 | | |
| 11/12 | | ATM Withdrawal authorized on 11/12 169 7th Avenue NEW York NY 0007734 ATM ID 3663W Card 4336 | | 520.00 | 38,023.29 |
| 11/13 | | Stripe Transfer St-M7Q9O0I8K7P4 PC Learning Centers IN | 1,019.70 | | |
| 11/13 | | Purchase authorized on 11/11 Crompton Ale House NEW York NY S585315719106698 Card 4336 | | 33.51 | |
| 11/13 | < | Business to Business ACH Debit - Payroll Service 1Jb4 111525 1Jb4 1Jb4 PC Learning Centers IN | | 11,855.93 | 27,153.55 |
| 11/14 | | Stripe Transfer St-E1E6N5I9S9Z4 PC Learning Centers IN | 1,054.35 | | |
| 11/14 | < | Business to Business ACH Debit - Online Payroll Payroll 251113 3908997 PC Learning Centers *I | | 91.51 | |
| 11/14 | 5000 | Check | | 200.00 | 27,916.39 |
| 11/17 | | Stripe Transfer St-L3Z2V2x9W4W3 PC Learning Centers IN | 117.65 | | |
| 11/17 | | Peerspace Peerspace St-K6Z1F8B9T7D2 PC Learning Centers IN | 307.20 | | |
| 11/17 | < | Business to Business ACH Debit - The Hartford Inspmtcl 14367086 PC Learning Centers, I | | 1,885.60 | 26,455.64 |
| 11/18 | | Stripe Transfer St-Y8x5T4V3D4B6 PC Learning Centers IN | 2,611.35 | | |
| 11/18 | | Instant Pmt From Stp FBO Tagvenue Limited-Tagvenue Limited on 11/18 Ref#20251118043000096P1Baaaa00304761152 Tagvenue 11/15/2025 | 442.00 | | 29,508.99 |
| 11/19 | | Stripe Transfer St-x6W0B9C2S0V5 PC Learning Centers IN | 1,513.51 | | 31,022.50 |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 11/20 | | Stripe Transfer St-J7U8L3H1B8C6 PC Learning Centers IN | 290.25 | | 31,312.75 |
| 11/21 | | Stripe Transfer St-Y5E6B0B1V4R5 PC Learning Centers IN | 2,047.23 | | 33,359.98 |
| 11/24 | | Wire Trans Svc Charge - Sequence: 251124033455 Srf# Ow00006335656991 Trn#251124033455 Rfb# Ow00006335656991 | | 25.00 | |
| 11/24 | | ATM Withdrawal authorized on 11/22 169 7th Avenue NEW York NY 0001722 ATM ID 3663U Card 4336 | | 880.00 | |
| 11/24 | | WT 251124-033455 Citibank, N.A. /Bnf=Citibank Srf# Ow00006335656991 Trn#251124033455 Rfb# Ow00006335656991 | | 3,333.33 | 29,121.65 |
| 11/25 | | Stripe Transfer St-S3x7E2S4Q4C0 PC Learning Centers IN | 238.72 | | |
| 11/25 | | Instant Pmt From Stp FBO Tagvenue Limited-Tagvenue Limited on 11/25 Ref#20251125043000096P1Baaaa00308090895 Tagvenue Max John | 255.00 | | 29,615.37 |
| 11/26 | < | Business to Business ACH Debit - Payroll Service 1Jb4 113025 1Jb4 1Jb4 PC Learning Centers IN | | 9,843.02 | 19,772.35 |
| 11/28 | | Stripe Transfer St-G9T2N3B3V6B6 PC Learning Centers IN | 29,832.71 | | |
| 11/28 | < | Business to Business ACH Debit - The Hartford Inspmtcl 13056000 PC Learning Centers, I | | 212.50 | |
| 11/28 | < | Business to Business ACH Debit - Online Payroll Payroll 251126 8415399 PC Learning Centers *I | | 82.65 | 49,309.91 |
| Totals | | | $50,750.31 | $60,773.21 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 5000 | 11/14 | 200.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Average ledger balance | $1,000.00 | $36,918.00 ÷ |
| • Minimum daily balance | $500.00 | $19,772.35 ÷ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 17 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                     $ _____
   register or transfers into                      $ _____
   your account which are not                      $ _____
   shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801