**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PC LEARNING CENTERS, INC. | : | Case No. 25-11964 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |

---

### ORDER CONFIRMING THE RIGHT OF THE MASONIC HALL AND ASYLUM FUND TO POSSESSION OF CERTAIN PREMISES

On December 12, 2025, the Trustees of the Masonic Hall and Asylum Fund (the "Landlord") filed a motion, at ECF No. 45, seeking to vacate the automatic stay in this case to allow the Landlord to take all steps permitted under law to obtain possession of the commercial premises at 71 W. 23rd Street, New York, New York 10010 (the "Premises"). The Debtor claimed no continuing interest in the Premises; it contended that the lease terminated prior to the filing of this bankruptcy case and that possession had already been turned over to the Landlord. Prior to the hearing on the motion, the Landlord reached an agreement with the Debtor, and entered into a stipulation to lift the automatic stay to allow the Landlord to "take any and all action under applicable law to exercise its remedies with respect to the premises."

The Court conducted a hearing on this matter on January 6, 2026. The Court noted that if the Lease had been terminated prior to the bankruptcy case and if possession has already been delivered to the Landlord (as the Debtor contended) then no relief from the automatic stay would be needed. In addition, the Court noted that the Debtor had made no motion to assume any lease with respect to the Premises within the time required by section 365(d)(4) of the Bankruptcy Code, and that as a result any such lease (if one still existed) would be deemed to have been rejected and the Debtor would have a statutory obligation to return possession of the Premises to

the Landlord.  It therefore did not appear that stay relief was needed or that any further proceedings in the state courts should be needed.  Based upon the foregoing, it is hereby

    ORDERED, that the Landlord is entitled to possession of the Premises and the Debtor has no rights to the occupancy thereof; and it is further

    ORDERED, that this Court retains jurisdiction over the interpretation and enforcement of this Order.

DATED: New York, New York
       January 27, 2026

                                            /s/ **Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE