# Initiate Business Checking℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Two trending crypto scams to watch out for:

1. Crypto investments: Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
2. Crypto ATM deposits: Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

Red flags: Unexpected contact, promises of big investment returns, or threats about your account security.

Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM. You may not get your money back.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $7,524.83 |
| Deposits/Credits | 62,461.80 |
| Withdrawals/Debits | - 66,931.38 |
| **Ending balance on 1/31** | **$3,055.25** |

Account number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ )

**PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Stripe Transfer St-Z2R0F2R5L3S6 PC Learning Centers IN | 195.82 | | |
| 1/2 | | Recurring Payment authorized on 01/01 Google *Workspace_ CC@Google.Com CA S386001476444863 Card 4336 | | 137.18 | |
| 1/2 | < | Business to Business ACH Debit - Obm Web Pay 251231 002245 PC Learning Centers, I | | 119.50 | 7,463.97 |
| 1/5 | | Stripe Transfer St-H4A7A2E4W9M2 PC Learning Centers IN | 1,499.47 | | |
| 1/5 | | Liquidspace Inc Liquidspac SD1502 Steven Shapiro 8Bfb8D8B-0A09-46C5-9762-240Af0Cbdba9 | 4,264.00 | | |
| 1/5 | | Recurring Payment authorized on 01/02 Verizon*Recurring 800-Verizon FL S306002443358244 Card 9571 | | 267.58 | |
| 1/5 | | Recurring Payment authorized on 01/02 Dnsimple Dnsimple.Com FL S346002803781096 Card 4336 | | 7.00 | |
| 1/5 | | Purchase authorized on 01/04 Amazon.Com*RC18E6M Amzn.Com/Bill WA S586004517042821 Card 9571 | | 25.00 | |
| 1/5 | | Purchase authorized on 01/05 Cvs/Pharmacy #02 02671--7 NEW York NY P346005622348255 Card 4336 | | 35.97 | 12,891.89 |
| 1/6 | | Stripe Transfer St-U1B0Y9G5M5C3 PC Learning Centers IN | 4,991.25 | | |
| 1/6 | | Recurring Payment authorized on 01/05 Wci*NYC Hauling - 718-665-0770 NY S386005365805588 Card 9571 | | 266.97 | |
| 1/6 | | Purchase authorized on 01/06 Fairway Market of Chelsea NEW York NY P346006442644378 Card 4336 | | 19.73 | 17,596.44 |
| 1/7 | | Stripe Transfer St-T3Y9W7M6G8W4 PC Learning Centers IN | 8,443.05 | | |
| 1/7 | | Recurring Payment authorized on 01/06 Zoom.Com 888-799-9 Zoom.US CA S306006708051536 Card 4336 | | 69.60 | |
| 1/7 | | Purchase authorized on 01/07 Fairway Market of Chelsea NEW York NY P306007583745583 Card 4336 | | 30.89 | 25,939.00 |
| 1/8 | | Stripe Transfer St-A8N2B5W6T1Q7 PC Learning Centers IN | 1,499.47 | | |
| 1/8 | | Purchase authorized on 01/07 Amazon Mktpl*6G43P Amzn.Com/Bill WA S356007590252835 Card 4336 | | 69.67 | |
| 1/8 | | Purchase authorized on 01/08 Fairway Market of Chelsea NEW York NY P306008437786220 Card 4336 | | 19.73 | |
| 1/8 | | Purchase authorized on 01/08 The Home Depot #6175 NEW York NY P306008480669663 Card 4336 | | 20.48 | |
| 1/8 | | ATM Withdrawal authorized on 01/08 169 7th Avenue NEW York NY 0009316 ATM ID 3663W Card 4336 | | 1,040.00 | 26,288.59 |
| 1/9 | | Stripe Transfer St-L5Y5M2H4C2Z0 PC Learning Centers IN | 1,415.43 | | |
| 1/9 | | WT D0360091203001 Cbna - Retail Di /Org=Julie B Kaplan Srf# D0360091203001 Trn#260109077386 Rfb# | 20,000.00 | | |
| 1/9 | | Recurring Payment authorized on 01/07 Cci*Constant-Conta 855-2295506 MA S386008280603529 Card 4336 | | 201.43 | |
| 1/9 | | Purchase authorized on 01/08 Ysi*Yardi Kube 800-8661124 CA S386008513800620 Card 4336 | | 1,241.72 | |
| 1/9 | | Purchase authorized on 01/09 The Home Depot #6175 NEW York NY P466009717381744 Card 4336 | | 66.48 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/9 | | Purchase authorized on 01/09 Fairway Market of Chelsea NEW York NY P306009745536271 Card 4336 | | 46.33 | 46,148.06 |
| 1/12 | | Peerspace Peerspace St-G4x3x7M6S0S9 PC Learning Centers IN | 859.20 | | |
| 1/12 | | Stripe Transfer St-F5L2J8Q9N5S2 PC Learning Centers IN | 4,876.29 | | |
| 1/12 | | Purchase authorized on 01/08 2Cocom*Reezaa 888-2471614 GA S586008729277313 Card 9571 | | 31.93 | |
| 1/12 | | ATM Withdrawal authorized on 01/10 169 7th Avenue NEW York NY 0005107 ATM ID 3663U Card 4336 | | 1,000.00 | |
| 1/12 | | Recurring Payment authorized on 01/10 Spectrum 855-707-7328 MO S306010624129057 Card 4336 | | 219.98 | |
| 1/12 | | Zelle to Julie Kaplan on 01/12 Ref # Wfct0Zpgqmqp Post Filing Financing Repayment | | 3,500.00 | |
| 1/12 | | Invoice Re000015 Payment Sj Shamie Realty LLC | | 28,198.66 | 18,932.98 |
| 1/13 | | Stripe Transfer St-K9E2F1B1D2E4 PC Learning Centers IN | 335.99 | | |
| 1/13 | | Recurring Payment authorized on 01/12 Adobe Inc 800-8336687 CA S586012537750161 Card 4336 | | 37.55 | 19,231.42 |
| 1/14 | | Stripe Transfer St-B4x9L5R6O8Z8 PC Learning Centers IN | 3,646.83 | | |
| 1/14 | | Purchase authorized on 01/13 Registered Agent S Clover.Com TX S466013603982353 Card 9571 | | 129.00 | |
| 1/14 | < | Business to Business ACH Debit - Payroll Service 1Jb4 011526 1Jb4 1Jb4 PC Learning Centers IN | | 10,053.61 | 12,695.64 |
| 1/15 | | Stripe Transfer St-x8G4B8x5K5C8 PC Learning Centers IN | 484.65 | | |
| 1/15 | < | Business to Business ACH Debit - Online Payroll Payroll 260114 5556838 PC Learning Centers *I | | 91.51 | |
| 1/15 | < | Business to Business ACH Debit - The Hartford Inspmtcl 14367086 PC Learning Centers, I | | 923.80 | 12,164.98 |
| 1/16 | | Stripe Transfer St-Z7P9M8K8L9N2 PC Learning Centers IN | 1,109.75 | | 13,274.73 |
| 1/20 | | Stripe Transfer St-K5V6G2W4M3M2 PC Learning Centers IN | 3,105.00 | | |
| 1/20 | | Recurring Payment authorized on 01/17 Microsoft Yearly P Richfield MN S306017673003883 Card 4336 | | 108.86 | |
| 1/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 011626 15224700097082x PC Learning Centers IN | | 0.01 | 16,270.86 |
| 1/21 | | Stripe Transfer St-K5S7K1Q5E8B4 PC Learning Centers IN | 204.08 | | |
| 1/21 | < | Business to Business ACH Debit - Registered Agent Internet 260120 043000097130612 14003100000039042774970 | | 129.00 | 16,345.94 |
| 1/22 | | Stripe Transfer St-V5O3F9I0Q0J0 PC Learning Centers IN | 2,129.54 | | |
| 1/22 | | Wire Trans Svc Charge - Sequence: 260122108388 Srf# Ow00006541379093 Trn#260122108388 Rfb# Ow00006541379093 | | 25.00 | |
| 1/22 | | WT 260122-108388 Citibank, N.A. /Bnf=Citibank Srf# Ow00006541379093 Trn#260122108388 Rfb# Ow00006541379093 | | 2,500.00 | 15,950.48 |
| 1/23 | | Stripe Transfer St-U9G5D6x8G0R7 PC Learning Centers IN | 1,025.68 | | |
| 1/23 | | Recurring Payment authorized on 01/22 Web*Bluehost.Com 888-4014678 UT S586022294283305 Card 4336 | | 2.71 | |
| 1/23 | | Recurring Payment authorized on 01/22 Vzwrlss*My Vz Vb P 800-922-0204 FL S346022416986657 Card 9571 | | 340.94 | |
| 1/23 | | Purchase authorized on 01/23 The Home Depot #6175 NEW York NY P346023539667345 Card 4336 | | 36.89 | |
| 1/23 | | Purchase authorized on 01/23 The Home Depot #6175 NEW York NY P306023540237276 Card 4336 | | 21.63 | |
| 1/23 | | Cash eWithdrawal IN Branch 01/23/2026 09:52 Am 169 7th Ave NEW York NY 4336 | | 1,680.00 | 14,893.99 |
| 1/26 | | Recurring Payment authorized on 01/23 Intellistack-Forms 317-5423125 IN S346024002573930 Card 4336 | | 90.48 | |
| 1/26 | | Recurring Payment authorized on 01/24 Joinhomebase.Com Joinhomebase. CA S356024704675564 Card 4336 | | 30.00 | 14,773.51 |
| 1/27 | | Recurring Payment authorized on 01/26 Page-Builder-Every Wpzone.CO TN S586026802333250 Card 4336 | | 29.00 | 14,744.51 |
| 1/28 | | Stripe Transfer St-R6C3L4P0M1A1 PC Learning Centers IN | 481.05 | | |
| 1/28 | | Purchase authorized on 01/27 Pilot Fiber 855-578-5500 NY S386027706392844 Card 4336 | | 867.00 | 14,358.56 |



---

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/29 | < | Business to Business ACH Debit - Payroll Service 1Jb4 013126 1Jb4 1Jb4 PC Learning Centers IN | | 10,773.70 | 3,584.86 |
| 1/30 | | Instant Pmt From Stripe Payments Company-PC Learning Centers Inc on 01/30 Ref#20260130121000248P1Bpfao69581665900 St-AR6Ndtfb6Mvsvtzftjbh Nycscc | 1,895.25 | | |
| 1/30 | | Recurring Payment authorized on 01/28 Apple.Com/Bill 866-712-7753 CA S356029114387468 Card 9571 | | 2.99 | |
| 1/30 | < | Business to Business ACH Debit - Online Payroll Payroll 260129 0242818 PC Learning Centers *I | | 87.08 | |
| 1/30 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260129 70044661315 PC Learning Centers IN | | 2,334.79 | 3,055.25 |
| Totals | | | $62,461.80 | $66,931.38 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2026 - 01/31/2026 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $16,581.00 ÷ |
| • Minimum daily balance | $500.00 | $3,055.25 ÷ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 15 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION



Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                  + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                              TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801