# Initiate Business Checking℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $3,055.25 |
| Deposits/Credits | 85,488.21 |
| Withdrawals/Debits | - 62,066.28 |
| **Ending balance on 2/28** | **$26,477.18** |

Account number ▓▓▓▓▓▓▓ **(primary account)**

**PC LEARNING CENTERS, INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Recurring Payment authorized on 02/01 Google *Workspace_ CC@Google.Com CA S386032424004090 Card 4336 | | 9.15 | |
| 2/2 | | Recurring Payment authorized on 02/01 Google *Workspace_ CC@Google.Com CA S346032461451650 Card 4336 | | 27.44 | |
| 2/2 | | Recurring Payment authorized on 02/01 Google *Workspace_ CC@Google.Com CA S306032466945144 Card 4336 | | 137.18 | |
| 2/2 | | Recurring Payment authorized on 02/01 Verizon*Recurring 800-Verizon FL S306033275653417 Card 9571 | | 267.58 | |
| 2/2 | < | Business to Business ACH Debit - Sslicny Ins Paymt 260201 1139368 PC *Learning | | 271.72 | 2,342.18 |
| 2/3 | | Stripe Transfer St-Q2M0Q4L6P6A8 PC Learning Centers IN | 1,154.83 | | |
| 2/3 | | WT S06603441C9401 Morgan Stanley A /Org=Msl FBO Julie Beth Kaplan,Tod Subj Srf# S06603441C9401 Trn#260203157992 Rfb# | 30,000.00 | | |
| 2/3 | | Purchase authorized on 02/02 Paddle.Net* Elfsig NEW York NY S346033542158670 Card 4336 | | 60.00 | |
| 2/3 | | Recurring Payment authorized on 02/02 Dnsimple Dnsimple.Com FL S306033803908652 Card 4336 | | 7.00 | |
| 2/3 | < | Business to Business ACH Debit - Obm Web Pay 260202 002245 PC Learning Centers, I | | 119.50 | 33,310.51 |
| 2/4 | | Stripe Transfer St-B1A7R3G3N8V5 PC Learning Centers IN | 312.57 | | |
| 2/4 | | Recurring Payment authorized on 02/03 Wci*NYC Hauling - 718-665-0770 NY S356034409357556 Card 9571 | | 266.97 | 33,356.11 |
| 2/5 | | ATM Withdrawal authorized on 02/05 169 7th Avenue NEW York NY 0006624 ATM ID 3663U Card 4336 | | 720.00 | |
| 2/5 | | Open Items for C Payment Sj Shamie Realty LLC | | 28,198.66 | 4,437.45 |
| 2/6 | | Stripe Transfer St-J5P5S0U9P7V3 PC Learning Centers IN | 1,420.21 | | |
| 2/6 | | Purchase authorized on 02/05 Web*Netsol-Wholesa WWW.Web.Com FL S386036466452559 Card 9571 | | 52.28 | 5,805.38 |
| 2/9 | | Stripe Transfer St-S9J4A1B0R3x7 PC Learning Centers IN | 190.80 | | |
| 2/9 | | Peerspace Peerspace St-K5J9F7A2L3O5 PC Learning Centers IN | 859.20 | | |
| 2/9 | | Purchase authorized on 02/05 Ysi*Yardi Kube 800-8661124 CA S466037276051221 Card 4336 | | 1,241.30 | |
| 2/9 | | Recurring Payment authorized on 02/06 Zoom.Com 888-799-9 Zoom.US CA S466037685944536 Card 4336 | | 69.60 | |
| 2/9 | | Recurring Payment authorized on 02/07 Intuit *Qbooks Onl Cl.Intuit.Com CA S466038487329301 Card 9571 | | 125.21 | 5,419.27 |
| 2/10 | | Stripe Transfer St-M6B2H6N4x6Q5 PC Learning Centers IN | 181.27 | | |
| 2/10 | | WT S0660413Dcc301 Morgan Stanley A /Org=Msl FBO Julie Beth Kaplan,Tod Subj Srf# S0660413Dcc301 Trn#260210168728 Rfb# | 6,000.00 | | |
| 2/10 | | Recurring Payment authorized on 02/09 Cci*Constant-Conta 855-2295506 MA S586040308634033 Card 4336 | | 201.43 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/10 | | Recurring Payment authorized on 02/09 Dropbox*Drdtjrmqrj Dropbox.Com CA S586040554444213 Card 9571 | | 119.88 | 11,279.23 |
| 2/11 | | Recurring Payment authorized on 02/10 Spectrum 855-707-7328 MO S466041616489058 Card 4336 | | 219.98 | |
| 2/11 | | Purchase authorized on 02/10 Amazon Mktpl*1C0Os Amzn.Com/Bill WA S466041631220555 Card 4336 | | 75.10 | |
| 2/11 | | Recurring Payment authorized on 02/10 Elegantthemes.Com Elegantthemes CA S306041757416320 Card 4336 | | 39.00 | 10,945.15 |
| 2/12 | | Stripe Transfer St-H6O5S4D7E5I0 PC Learning Centers IN | 3,895.38 | | |
| 2/12 | < | Business to Business ACH Debit - Payroll Service 1Jb4 021526 1Jb4 1Jb4 PC Learning Centers IN | | 10,239.24 | 4,601.29 |
| 2/13 | | Peerspace Peerspace St-C2U7M7F4x8I0 PC Learning Centers IN | 122.40 | | |
| 2/13 | | Stripe Transfer St-T4K8Y6I4S9C8 PC Learning Centers IN | 1,189.95 | | |
| 2/13 | | Recurring Payment authorized on 02/12 Adobe Inc 800-8336687 CA S346043547206576 Card 4336 | | 37.55 | |
| 2/13 | < | Business to Business ACH Debit - Online Payroll Payroll 260212 5108618 PC Learning Centers *I | | 82.65 | 5,793.44 |
| 2/17 | | Stripe Transfer St-L0N5R8G4G7P6 PC Learning Centers IN | 18,194.48 | | |
| 2/17 | | Purchase authorized on 02/15 Fairway Market of Chelsea NEW York NY P466046437172943 Card 4336 | | 8.57 | |
| 2/17 | | Purchase authorized on 02/15 Amazon Mktpl*NM2Kf Amzn.Com/Bill WA S386046478584131 Card 4336 | | 10.88 | |
| 2/17 | | Zelle to Julie Kaplan on 02/17 Ref # Wfct0Zt86K7F Repayment Post Filing Financing | | 6,100.00 | |
| 2/17 | | Cash eWithdrawal IN Branch 02/17/2026 13:57 PM 169 7th Ave NEW York NY 4336 | | 1,020.00 | 16,848.47 |
| 2/19 | | Stripe Transfer St-B8V1F9U9Z3R5 PC Learning Centers IN | 1,028.68 | | 17,877.15 |
| 2/20 | | Stripe Transfer St-R6V6J1K6I0C9 PC Learning Centers IN | 2,493.97 | | 20,371.12 |
| 2/23 | | Stripe Transfer St-U4A5G5C1S3V9 PC Learning Centers IN | 1,529.40 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 260223081632 Srf# Ow00006647193082 Trn#260223081632 Rfb# Ow00006647193082 | | 25.00 | |
| 2/23 | | Recurring Payment authorized on 02/22 Web*Bluehost.Com 888-4014678 UT S466053298214002 Card 4336 | | 3.26 | |
| 2/23 | | WT 260223-081632 Citibank, N.A. /Bnf=Citibank Srf# Ow00006647193082 Trn#260223081632 Rfb# Ow00006647193082 | | 2,500.00 | 19,372.26 |
| 2/24 | | Stripe Transfer St-L3D8Z3U1F9x2 PC Learning Centers IN | 3,227.40 | | |
| 2/24 | | Recurring Payment authorized on 02/23 Intellistack-Forms 317-5423125 IN S386055002851489 Card 4336 | | 90.48 | 22,509.18 |
| 2/25 | | Stripe Transfer St-L4B8V4W9Y9Y4 PC Learning Centers IN | 3,735.52 | | |
| 2/25 | | Recurring Payment authorized on 02/24 Joinhomebase.Com Joinhomebase. CA S586055705501331 Card 4336 | | 30.00 | 26,214.70 |
| 2/26 | | Stripe Transfer St-H1I7B3R3L9H3 PC Learning Centers IN | 7,054.71 | | |
| 2/26 | < | Business to Business ACH Debit - Payroll Service 1Jb4 022826 1Jb4 1Jb4 PC Learning Centers IN | | 9,364.98 | 23,904.43 |
| 2/27 | | Stripe Transfer St-D4J7E1T2W8F7 PC Learning Centers IN | 2,897.44 | | |
| 2/27 | | Recurring Payment authorized on 02/26 The Webstaurant St 717-392-7472 PA S386057506535771 Card 4336 | | 242.04 | |
| 2/27 | < | Business to Business ACH Debit - Online Payroll Payroll 260226 9658014 PC Learning Centers *I | | 82.65 | 26,477.18 |
| Totals | | | $85,488.21 | $62,066.28 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< *Business to Business ACH:* If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $14,535.00 ÷ |
| • Minimum daily balance | $500.00 | $2,342.18 ÷ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?



If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
register or transfers into                         $ _____
your account which are not                      $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                            TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total amount | | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801