Debtor Name: PC Learning Centers, Inc.

United States Bankruptcy Court for the Southern District of New York

Case number: 25-011964-mew

X Check if this is an amended filing

## Official Form 425A

# First Amended Plan of Reorganization for Small Business Under Chapter 11

**02/20**

[PC Learning Centers, Inc.           ]'s Plan of Reorganization, Dated [April 9, 2026]

[If this plan is for a small business debtor under Subchapter V, 11 U.S.C. § 1190 requires that it include "(A) a brief history of the business operations of the debtor; (B) a liquidation analysis; and (C) projections with respect to the ability of the debtor to make payments under the proposed plan of reorganization."  The Background section below may be used for that purpose. Otherwise, the Background section can be deleted from the form, and the Plan can start with "Article 1: Summary"]

**Background for Cases Filed Under Subchapter V**

### A. Description and History of the Debtor's Business

The Debtor is a New York S Corporation.  Since the late 1990's, the Debtor has been in the business of operating a technology conference center.  The Debtor operates at leased space located at 114 W. 26th Street, New York, New York.

### B. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to the Plan as **Exhibit A**.

### C. Ability to make future plan payments and operate without further reorganization

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information as **Exhibit B**.

The Plan Proponent's financial projections show that the Debtor will have projected disposable income (as defined by § 1191(d) of the Bankruptcy Code) for the period described in § 1191(c)(2) of **$(-$141,573.50)**.

The final Plan payment is expected to be paid on or about **June 11, 2029**.

The projections attached at Exhibit B reflect the Debtor's continued, gradual efforts to return to its pre-pandemic operating performance.  Prior to the Covid-19 pandemic, the Debtor, which is in the business of hosting in-person events, generated average annual gross event sales of approximately $1,429,446 from 2015 through 2019.  The devastating effects of the pandemic caused that average to decline dramatically to $428,436.50 during 2020-2023, but a substantial increase in annual sales from 2024 to 2025 from $492,496 to $668,159 showed a promising trend (a 36% gain) reflecting the move into a new conference center facility and offices at 114 West 26th Street and the return of long-time as well as new clients.

With the pandemic and its deleterious effects now behind it, the Debtor anticipates obtaining additional working capital, through loans or grants, that will help fund capital improvements, additional employees in sales and operations, and an increased advertising and promotional budget. At the same time, the Debtor must address expenses that remained steady during the downturn in revenue and will continue to increase in the ordinary course of business, including, among other things, inflation, contractual rent escalations, and normalized compensation levels for the Debtor's principals, who accepted reduced salaries over the past three years to preserve working capital. The Debtor is confident these measures, taken together, will restore it to break-even and, eventually, profitable by the end of the plan payment period.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.**

## Article 1: Summary

This Plan of Reorganization (the *Plan*) under chapter 11 of the Bankruptcy Code (the *Code*) proposes to pay creditors of PC Learning Centers, Inc. (the *Debtor*) from normal cash flow from operations and, where necessary, infusions of working capital from loans or grants.

This Plan provides for: 1 class of priority claims;

1 class of secured claims;

1 class of non-priority unsecured clams; and

1 class of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately less than 0.01cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## Article 2: Classification of Claims and Interests

| | | |
|---|---|---|
| 2.01 | **Class 1**............................ | All allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2), [“gap” period claims in an involuntary case under § 507(a)(3),] and priority tax claims under § 507(a)(8)). |
| | | NYS Dept. of Labor ($79.15) and NYS Dept. of Finance ($218.75) |
| 2.02 | **Class 2**............................ | The claim of Citibank, N.A. _____, to the extent allowed as a secured claim under § 506 of the Code. |
| | | Citibank, N.A., shall receive $7,500.00 in full and final satisfaction of its secured claim on the sixtieth (60th) day following the effective date of this Plan, based on the estimated value of the Debtor's cash and accounts receivable as of that date. |
| 2.03 | **Class 3**............................ | All non-priority unsecured claims allowed under § 502 of the Code. |
| | | These claims, totaling $969,611.80, include the unsecured portions of the claims of Citibank, N.A. (approximately $314,647.91) and the U.S. Small Business Administration ($462,723.05), as well as the unsecured claims of American Express National Bank ($7,525.47), Eugene Kaplan ($150,000), Julie Kaplan ($27,000), and Manhattan Fire & Safety ($215.37). |
| 2.04 | **Class 4**............................ | Equity interests of the Debtor. |

## Article 3: Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

| | | |
|---|---|---|
| 3.01 | **Unclassified claims** | Under section § 1123(a)(1), administrative expense claims and priority tax claims are not in classes. |

| 3.02 | **Administrative expense claims** | Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
|------|-----------------------------------|------------|

| 3.03 | **Priority tax claims** | Each holder of a priority tax claim will be paid on the effective date of this Plan. |
|---|---|---|
| 3.04 | **Statutory fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date. |
| 3.05 | **Prospective quarterly fees** | All quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6) or (a)(7) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. |

## Article 4: Treatment of Claims and Interests Under the Plan

4.01   **Claims and interests shall be treated as follows under this Plan:**

| Class | Impairment | | Treatment |
|---|---|---|---|
| Class 1 - **Priority claims** excluding those in Article 3 | ❏ X | Impaired Unimpaired | Class 1 is unimpaired by this Plan, and each holder of a Class 1 Priority Claim will be paid in full, in cash, upon the later of the effective date of this Plan, or the date on which such claim is allowed by a final non-appealable order. |
| Class 2 – **Secured claim** of Citibank, N.A. | X ❏ | Impaired Unimpaired | Citibank, N.A., shall receive $7,500.00 in full and final satisfaction of its Class 2 secured claim on the sixtieth (60th) day following the effective date of this Plan. |
| Class 3 – **Non-priority unsecured creditors** | X ❏ | Impaired Unimpaired | The holders of allowed Class 3 claims shall receive their *pro rata* share of quarterly distributions totaling $9,630.48 over the life of this Plan, which are payable on the tenth day following each three-month period, commencing on June 1, 2026, and continuing through June 1, 2029. |
| Class 4 - **Equity security holders of the Debtor** | ❏ X | Impaired Unimpaired | The holders of equity security interests in the Debtor shall retain such interests. |

## Article 5: Allowance and Disallowance of Claims

| 5.01 | **Disputed claim** | A *disputed claim* is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either: |
|---|---|---|
| | | (i)   a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or |
| | | (ii)  no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated. |
| 5.02 | **Delay of distribution on a disputed claim** | No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order. |
| 5.03 | **Settlement of disputed claims** | The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## Article 6: Provisions for Executory Contracts and Unexpired Leases

| 6.01 | **Assumed executory contracts and unexpired leases** | (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date: The Debtor, as tenant, and SJ Shamie Realty LLC, as landlord (the "Landlord"), are parties to that certain lease (the "Lease") dated as of September 2023 for nonresidential real property located at 114 W. 26th Street, New York, New York (i.e., the Debtor's technology conference center). Because the Debtor inadvertently did not expressly assume the Lease by January 7, 2026, it was deemed rejected pursuant to Section 365(d)(4) of the Bankruptcy Code. The Landlord, having been advised of these circumstances and the Debtor's desire to continue to remain as a tenant pursuant to the Lease for the entire duration thereof, through 2034 (which is evidenced by, among other things, the continued payment of rent to, and acceptance by, the Landlord), has agreed to waive the Debtor's breach of the Lease and its rights arising therefrom under Section 365(d)(4) of the Bankruptcy Code, and further agrees that the Lease is hereby deemed assumed pursuant to this Plan. |
| | | (b) Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date. |
| | | A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the date of the order confirming this Plan. |

## Article 7: Means for Implementation of the Plan

This Plan shall be funded through the Debtor's continuing operations. The Debtor's current management – Tod Shapiro (Vice President), Steven Shapiro (President), and Kazem Moradi (Director of Operations) – shall continue in the same roles post-confirmation.

## Article 8: General Provisions

| 8.01 | **Definitions and rules of construction** | The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: |
| 8.02 | **Effective date** | The effective date of this Plan is the first business day following the date that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 | **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |

| 8.05 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
|---|---|---|
| [8.06 | **Controlling effect** | ~~Unless a rule~~ of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of New York govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.] |
| [8.07 | **Corporate governance** | The Debtor's current management – Tod Shapiro (Vice President), Steven Shapiro (President), and Kazem Moradi (Director of Operations) – shall continue in the same roles post-confirmation. |

[8.08  **Retention of Jurisdiction**    The Bankruptcy Court shall retain jurisdiction to: (i) make such orders as are necessary or appropriate to implement the provisions of this Plan and to resolve any disputes arising from implementation of this Plan; (ii) rule on any modification of this Plan proposed under Section 1193 of the Bankruptcy Code; (iii) hear and allow all applications for compensation to professionals and any other administrative expenses; (iv) resolve all issues regarding claims objections and arising from the assumption or rejection of executory contracts or unexpired leases; and (v) adjudicate any cause of action which may exist in favor of the Debtor, including preferential and fraudulent transfers.

**Article 9: Discharge**

**Discharge if the Debtor is a corporation under Subchapter V]**

If the Debtor's Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

> (i) imposed by this Plan; or
> (ii) to the extent provided in § 1141(d)(6).

If the Debtor's Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 3 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt:

> (i) on which the last payment is due after the first 3 years of the plan, or as otherwise provided in § 1192; or
> (ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

| **Article 10: Other Provisions** |

None.

Respectfully submitted,

✖ /s/ Tod Shapiro _____    T o d   S h a p i r o _____

[Signature of the Plan Proponent]    [Printed Name]


✖ /s/  Kenneth L. Baum _____    K e n n e t h   L .   B a u m ,   E s q .

[Signature of the Attorney for the Plan Proponent]    [Printed Name]/s/

**EXHIBIT A**

**LIQUIDATION ANALYSIS[1]**

**PC LEARNING CENTERS, INC.**

**Assets**

| | |
|---|---|
| Cash and cash equivalents | $ 5,000.00 |
| Equipment (furniture, computers, etc.) | $ 2,500.00 |
| Total Assets: | $ 7,500.00 |

**Less:**

| | |
|---|---|
| Total secured debts (Citibank, N.A.) | $ 7,500.00 |
| Total estimated administrative claims | $ 30,000.00 |

Total funds remaining for distribution
to unsecured creditors:                     $          0.00

---

[1] Based on estimates as of May 31, 2026

# EXHIBIT B

| 3 Year Projection (Quarterly Intervals) | June 1 Q2-2026 | July-Aug-Sept 2 Q3-2026 | Oct-Nov-Dec 3 Q4-2026 | Jan-Feb-Mar 4 Q1-2027 | April-May-June 5 Q2-2027 | July-Aug-Sept 6 Q3-2027 | Oct-Nov-Dec 7 Q4-2027 |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Equipment Management | $98.11 | $294.64 | $327.05 | $356.48 | $388.56 | $423.53 | $461.65 |
| Event Services | $60,029.48 | $200,098.28 | $222,109.09 | $242,098.91 | $263,887.81 | $287,637.71 | $313,525.11 |
| **Total Income** | $60,127.60 | $200,392.92 | $222,436.14 | $242,455.39 | $264,276.37 | $288,061.25 | $313,986.76 |
| **Gross Profit** | $60,127.60 | $200,392.92 | $222,436.14 | $242,455.39 | $264,276.37 | $288,061.25 | $313,986.76 |
| | | | | | | | |
| **Expense** | | | | | | | |
| Advertising | $833.33 | $2,500.00 | $2,500.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Cost of Events | $1,822.15 | $6,072.86 | $6,740.88 | $7,347.55 | $8,008.83 | $8,729.63 | $9,515.30 |
| Credit Card Fees | $410.72 | $1,368.86 | $1,519.43 | $1,656.18 | $1,805.23 | $1,967.70 | $2,144.80 |
| Finance Charges (Status TBD with Attorney) | $2,168.92 | $6,513.28 | $6,513.28 | $6,513.28 | $6,513.28 | $6,513.28 | $6,513.28 |
| Insurance Expenses | $366.59 | $1,099.76 | $1,099.76 | $1,099.76 | $1,099.76 | $1,099.76 | $1,099.76 |
| Internet Connectivity | $1,587.77 | $4,763.30 | $4,763.30 | $4,763.30 | $4,763.30 | $4,763.30 | $4,763.30 |
| Labor Expense | $33,927.10 | $101,883.19 | $101,883.19 | $104,430.27 | $104,430.27 | $134,092.77 | $153,867.77 |
| Operational Overhead | $37,510.51 | $22,531.53 | $22,531.53 | $22,531.53 | $22,531.53 | $22,531.53 | $22,531.53 |
| Reconciliation Discrepancies | $383.27 | $1,149.82 | $1,149.82 | $1,149.82 | $1,149.82 | $1,149.82 | $1,149.82 |
| Rent | $29,995.00 | $89,985.00 | $93,134.47 | $93,134.47 | $93,134.47 | $93,134.47 | $96,394.18 |
| Taxes | $123.17 | $369.50 | $369.50 | $369.50 | $369.50 | $369.50 | $369.50 |
| Projected Quarterly Distributions | $267.25 | $802.56 | $802.56 | $802.56 | $802.56 | $802.56 | $802.56 |
| Projected Capital Expenditures | $1,207.39 | $1,811.09 | $1,811.09 | $15,938.71 | $15,938.71 | $15,938.71 | $15,938.71 |
| **Total Expense** | $110,603.18 | $240,850.74 | $244,818.81 | $264,736.94 | $265,547.27 | $296,093.04 | $320,090.51 |
| **Net Income** | (50,475.58) | (40,457.83) | (22,382.67) | (22,281.55) | (1,270.90) | (8,031.79) | (6,103.75) |

**Assumptions**

| Line Item Increases and Adjustments | Annual Rate/Amount | Quarterly Rate/Amount | Comments |
|---|---|---|---|
| Event Management/Equipment Services - 2026 | 44.00% | 11.00% | |
| Event Management/Equipment Services - 2027 | 36.00% | 9.00% | |
| Event Management/Equipment Services - 2028 & 2029 | 3.00% | 0.75% | |
| Advertising | | | |
| Cost of Events - ratio of Baseliine Cost of Events/Event Sales | 12.12% | 3.03% | |
| Credit Card Fees - ratio of Baselilne Credit Cards Fees/Event Sales | 2.73% | 0.68% | |
| Finance Charges | | | |
| Insurance Expenses | | | |
| Internet Connectivity | | | |
| Labor Expense | 2.50% | 0.625% | |
| Operational Overhead | | | |
| Reconciliation Discrepancies | | | |
| Rent (Appox Incease Per Annum) | 3.50% | 0.875% | |
| Taxes | | | |
| Estimated Capital Expenditures - 2026 | 4.00% | 1.00% | |
| Estimated Capital Expenditures - 2027 | 23.00% | 5.75% | |
| Estimated Capital Expenditures - 2028 | 13.50% | 3.38% | |
| Estimated Capital Expenditures - 2029 | 11.00% | 2.75% | |
| Annual Advertising Budget - 2026 | $10,000.00 | $2,500.00 | |
| Annual Advertising Budget - 2027 | $20,000.00 | $5,000.00 | |
| Annual Advertising Budget - 2028 | $55,000.00 | $13,750.00 | |
| Annual Advertising Budget - 2029 | $62,000.00 | $15,500.00 | |
| Salary Cost for New Employees - 2026 | $0.00 | $0.00 | |
| Salary Cost for New Employees - 2027 | $0.00 | $0.00 | |
| Part-Time Staff - Q3 2027 | n/a | $29,662.50 | |
| Part-Time Staff - Q4 2027 | n/a | $19,775.00 | |
| Salary Cost for New Employees - 2028 | $161,808.00 | $40,452.00 | |
| Salary Cost for New Employees - 2029 | $0.00 | $0.00 | |
| Payroll Taxes for New Employees | 1.13% | | |

| 3 Year Projection (Quarterly Intervals) | Jan-Feb-Mar 8 Q1-2028 | April-May-June 9 Q2-2028 | July-Aug-Sept 10 Q3-2028 | Oct-Nov-Dec 11 Q4-2028 | Jan-Feb-Mar 12 Q1-2029 | April-May 13 Q2-2029 | 3 Year Grand Totals |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Equipment Management | $465.11 | $468.60 | $472.12 | $475.66 | $479.23 | $321.56 | $5,032.30 |
| Event Services | $315,876.55 | $318,245.62 | $320,632.46 | $323,037.21 | $325,459.98 | $218,382.02 | $3,411,020.23 |
| **Total Income** | $316,341.66 | $318,714.22 | $321,104.58 | $323,512.86 | $325,939.21 | $218,703.58 | $3,416,052.53 |
| **Gross Profit** | $316,341.66 | $318,714.22 | $321,104.58 | $323,512.86 | $325,939.21 | $218,703.58 | $3,416,052.53 |
| | | | | | | | |
| **Expense** | | | | | | | |
| Advertising | $13,750.00 | $13,750.00 | $13,750.00 | $13,750.00 | $15,500.00 | $10,333.33 | $106,666.67 |
| Cost of Events | $9,586.66 | $9,658.56 | $9,731.00 | $9,803.98 | $9,877.51 | $6,627.76 | $103,522.67 |
| Credit Card Fees | $2,160.88 | $2,177.09 | $2,193.42 | $2,209.87 | $2,226.44 | $1,493.93 | $23,334.56 |
| Finance Charges (Status TBD with Attorney) | $6,513.28 | $6,513.28 | $6,513.28 | $6,513.28 | $6,513.28 | $4,342.19 | $78,157.17 |
| Insurance Expenses | $1,099.76 | $1,099.76 | $1,099.76 | $1,099.76 | $1,099.76 | $733.18 | $13,197.15 |
| Internet Connectivity | $4,763.30 | $4,763.30 | $4,763.30 | $4,763.30 | $4,763.30 | $3,175.53 | $57,159.60 |
| Labor Expense | $147,493.03 | $147,493.03 | $147,493.03 | $147,493.03 | $151,180.36 | $100,786.90 | $1,576,453.96 |
| Operational Overhead | $22,531.53 | $22,531.53 | $22,531.53 | $22,531.53 | $22,531.53 | $15,021.02 | $300,378.30 |
| Reconciliation Discrepancies | $1,149.82 | $1,149.82 | $1,149.82 | $1,149.82 | $1,149.82 | $766.55 | $13,797.87 |
| Rent | $96,394.18 | $96,394.18 | $96,394.18 | $99,767.98 | $99,767.98 | $66,511.98 | $1,144,142.54 |
| Taxes | $369.50 | $369.50 | $369.50 | $369.50 | $369.50 | $246.33 | $4,434.00 |
| Projected Quarterly Distributions | $802.56 | $802.56 | $802.56 | $802.56 | $802.56 | $535.04 | $9,630.48 |
| Projected Capital Expenditures | $10,797.24 | $10,797.24 | $10,797.24 | $10,797.24 | $11,233.26 | $3,744.42 | $126,751.05 |
| **Total Expense** | $317,411.75 | $317,499.85 | $317,588.62 | $321,051.85 | $327,015.29 | $214,318.17 | $3,557,626.02 |
| **Net Income** | (1,070.09) | 1,214.37 | 3,515.96 | 2,461.01 | (1,076.09) | 4,385.41 | (141,573.50) |

**Assumptions**

**Line Item Increases and Adjustments**

**Event Management/Equipment Services - 2026**

**Event Management/Equipment Services - 2027**

**Event Management/Equipment Services - 2028 & 2029**

**Advertising**

**Cost of Events - ratio of Baseliline Cost of Events/Event Sales**

**Credit Card Fees - ratio of Baselilne Credit Cards Fees/Event Sales**

**Finance Charges**

**Insurance Expenses**

**Internet Connectivity**

**Labor Expense**

**Operational Overhead**

**Reconciliation Discrepancies**

**Rent (Appox Incease Per Annum)**

**Taxes**

**Estimated Capital Expenditures - 2026**

**Estimated Capital Expenditures - 2027**

**Estimated Capital Expenditures - 2028**

**Estimated Capital Expenditures - 2029**

**Annual Advertising Budget - 2026**

**Annual Advertising Budget - 2027**

**Annual Advertising Budget - 2028**

**Annual Advertising Budget - 2029**

**Salary Cost for New Employees - 2026**

**Salary Cost for New Employees - 2027**

**Part-Time Staff - Q3 2027**

**Part-Time Staff - Q4 2027**

**Salary Cost for New Employees - 2028**

**Salary Cost for New Employees - 2029**

**Payroll Taxes for New Employees**