# Initiate Business Checking ℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $26,477.18 |
| Deposits/Credits | 77,375.12 |
| Withdrawals/Debits | - 75,352.62 |
| **Ending balance on 3/31** | **$28,499.68** |

Account number: ████████ (primary account)

**PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Purchase authorized on 02/27 Pilot Fiber 855-578-5500 NY S356058645692582 Card 4336 | | 867.00 | |
| 3/2 | | Recurring Payment authorized on 02/27 Apple.Com/Bill 866-712-7753 CA S386059115314117 Card 9571 | | 2.99 | |
| 3/2 | | ATM Withdrawal authorized on 02/28 169 7th Avenue NEW York NY 0004073 ATM ID 3663V Card 4660 | | 780.00 | |
| 3/2 | | Purchase authorized on 02/28 WWW Costco Com 800-955-2292 WA S306059776536878 Card 9571 | | 283.08 | |
| 3/2 | | Recurring Payment authorized on 03/01 Google *Workspace_ CC@Google.Com CA S306060408044344 Card 4336 | | 137.18 | |
| 3/2 | | Recurring Payment authorized on 03/01 Google *Workspace_ CC@Google.Com CA S346060443790152 Card 4336 | | 9.15 | |
| 3/2 | | Recurring Payment authorized on 03/01 Google *Workspace_ CC@Google.Com CA S346060447105075 Card 4336 | | 27.44 | |
| 3/2 | | Purchase authorized on 03/02 The Home Depot #6175 NEW York NY P346061683414989 Card 4336 | | 14.11 | |
| 3/2 | < | Business to Business ACH Debit - The Hartford Inspmtcl 13056000 PC Learning Centers, I | | 182.50 | 24,173.73 |
| 3/3 | | Stripe Transfer St-C9H9C3K5I5D2 PC Learning Centers IN | 1,511.85 | | |
| 3/3 | | Recurring Payment authorized on 03/02 Verizon*Recurring 800-Verizon FL S586061366278633 Card 9571 | | 267.58 | |
| 3/3 | | Recurring Payment authorized on 03/02 Dnsimple Dnsimple.Com FL S386061803645248 Card 4336 | | 7.00 | |
| 3/3 | < | Business to Business ACH Debit - Obm Web Pay 260302 002245 PC Learning Centers, I | | 119.50 | |
| 3/3 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260302 70044661315 PC Learning Centers IN | | 1,621.46 | 23,670.04 |
| 3/4 | | Stripe Transfer St-D5Z5P5D6U1H2 PC Learning Centers IN | 315.21 | | |
| 3/4 | | Recurring Payment authorized on 03/03 Wci*NYC Hauling - 718-665-0770 NY S356062415829672 Card 9571 | | 266.97 | 23,718.28 |
| 3/5 | | WT S0660643315801 Morgan Stanley A /Org=Msl FBO Julie Beth Kaplan,Tod Subj Srf# S0660643315801 Trn#260305074632 Rfb# | 6,000.00 | | |
| 3/5 | | Recurring Payment authorized on 03/03 Verizonwrlss*Rtccr 800-922-0204 FL S306062531671543 Card 9571 | | 340.88 | 29,377.40 |
| 3/6 | | Stripe Transfer St-S8J2U4D8S0C7 PC Learning Centers IN | 6,711.37 | | |
| 3/6 | < | Business to Business ACH Debit - Corp E Corp E-Check 030526 0636399270 PC Learning Centers IN | | 375.00 | 35,713.77 |
| 3/9 | | Stripe Transfer St-L2K7R2J1U9Z0 PC Learning Centers IN | 8,561.93 | | |
| 3/9 | | Purchase authorized on 03/05 Ysi*Yardi Kube 800-8661124 CA S306065210917442 Card 4336 | | 1,239.39 | |
| 3/9 | | Recurring Payment authorized on 03/06 Zoom.Com 888-799-9 Zoom.US CA S586065687053045 Card 4336 | | 69.60 | |
| 3/9 | | Recurring Payment authorized on 03/07 Intuit *Qbooks Onl Cl.Intuit.Com CA S466066430568095 Card 9571 | | 125.21 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Purchase authorized on 03/07 Intuit *Turbotax Ci.Intuit.Com CA S586067071090251 Card 9571 | | 47.98 | |
| 3/9 | | Recurring Payment authorized on 03/07 Cci*Constant-Contact Waltham MA P000000387269693 Card 4336 | | 201.43 | |
| 3/9 | | Open Items for C Payment Sj Shamie Realty LLC | | 28,198.66 | 14,393.43 |
| 3/10 | | Stripe Transfer St-F2E7M9B2W3Z8 PC Learning Centers IN | 101.82 | | 14,495.25 |
| 3/11 | | Stripe Transfer St-N8V8D4W1B0F4 PC Learning Centers IN | 141.87 | | |
| 3/11 | | Recurring Payment authorized on 03/10 Spectrum 855-707-7328 MO S346069561540596 Card 4336 | | 234.06 | 14,403.06 |
| 3/12 | | Stripe Transfer St-G4N9J5E8E2M8 PC Learning Centers IN | 982.15 | | |
| 3/12 | | Zelle to Julie Kaplan on 03/12 Ref # Wfct0Zwsf8Zj Capital One 4280 03172026 | | 2,728.01 | |
| 3/12 | < | Business to Business ACH Debit - Payroll Service 1Jb4 031526 1Jb4 1Jb4 PC Learning Centers IN | | 9,862.74 | 2,794.46 |
| 3/13 | | Stripe Transfer St-N9W4D1D0I0J2 PC Learning Centers IN | 411.38 | | |
| 3/13 | | Recurring Payment authorized on 03/12 Adobe Inc 800-8336687 CA S586071561757240 Card 4336 | | 37.55 | |
| 3/13 | < | Business to Business ACH Debit - Online Payroll Payroll 260312 4924123 PC Learning Centers *I | | 87.08 | 3,081.21 |
| 3/16 | | Stripe Transfer St-x0K6K5J7U4V4 PC Learning Centers IN | 9,612.07 | | |
| 3/16 | | Purchase authorized on 03/14 DD/Br #339039 Q35 NEW York NY S386073408801911 Card 4336 | | 24.42 | |
| 3/16 | | Purchase authorized on 03/15 DD/Br #339039 Q35 NEW York NY S586074419061101 Card 4336 | | 24.10 | |
| 3/16 | | ATM Withdrawal authorized on 03/15 169 7th Avenue NEW York NY 0008949 ATM ID 3663U Card 4336 | | 820.00 | |
| 3/16 | | Purchase authorized on 03/15 Cvs/Pharmacy #02671 NEW York NY P000000654284468 Card 4336 | | 15.99 | 11,808.77 |
| 3/17 | | Stripe Transfer St-H7T5I7N6H3W6 PC Learning Centers IN | 1,749.81 | | 13,558.58 |
| 3/18 | | Stripe Transfer St-Z2R6E5V7K5K7 PC Learning Centers IN | 604.64 | | |
| 3/18 | < | Business to Business ACH Debit - Nys Dtf CT Tax Paymnt 000000141219048 CI2600631522 | | 25.00 | |
| 3/18 | < | Business to Business ACH Debit - Nys Dtf CT Tax Paymnt 000000141217086 CI2600628850 | | 300.00 | |
| 3/18 | | NYC Dept of Fina Taxpayment 260317 1468693760 PC Learning Centers IN | | 500.00 | 13,338.22 |
| 3/19 | | Purchase authorized on 03/18 IN *Idk Cooling CO 718-9377623 NY S346077419162022 Card 9571 | | 1,359.12 | 11,979.10 |
| 3/20 | | Stripe Transfer St-G0L1R6Q4G2P6 PC Learning Centers IN | 726.87 | | |
| 3/20 | | Purchase authorized on 03/19 Amazon RETA* Bd09I WWW.Amazon.CO WA S466078618921222 Card 4336 | | 20.85 | |
| 3/20 | < | Business to Business ACH Debit - Nys Dtf Sales Tax Paymnt 000000141277794 SW2620350218 | | 3,264.58 | 9,420.54 |
| 3/23 | | Wire Trans Svc Charge - Sequence: 260323112344 Srf# Ow00006759271580 Trn#260323112344 Rfb# Ow00006759271580 | | 25.00 | |
| 3/23 | | Purchase authorized on 03/21 DD/Br #339039 Q35 NEW York NY S346080414839391 Card 4336 | | 24.10 | |
| 3/23 | | Recurring Payment authorized on 03/21 Web*Bluehost.Com 888-4014678 UT S356081240059470 Card 4336 | | 3.26 | |
| 3/23 | | Purchase authorized on 03/22 Stamps.Com 512-8864006 CA S386082109439408 Card 9571 | | 20.99 | |
| 3/23 | | WT 260323-112344 Citibank, N.A. /Bnf=Citibank Srf# Ow00006759271580 Trn#260323112344 Rfb# Ow00006759271580 | | 2,500.00 | |
| 3/23 | | Zelle to Julie Kaplan on 03/23 Ref # Wfct0Zy39Vyd Capital One 02172026 Statement Balance | | 4,472.39 | 2,374.80 |
| 3/24 | | Stripe Transfer St-A5G0O1A7Y6S0 PC Learning Centers IN | 5.97 | | |
| 3/24 | | Recurring Payment authorized on 03/23 Intellistack-Forms 317-5423125 IN S386082830962427 Card 4336 | | 90.48 | 2,290.29 |
| 3/25 | | Stripe Transfer St-J2F4P7A7I3D0 PC Learning Centers IN | 374.90 | | |
| 3/25 | | Recurring Payment authorized on 03/24 Joinhomebase.Com Joinhomebase. CA S466083705140386 Card 4336 | | 30.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Cash eWithdrawal IN Branch 03/25/2026 12:13 PM 169 7th Ave NEW YORK NY 4336 | | 1,120.00 | |
| 3/25 | < | Business to Business ACH Debit - Zfbio-Steven Sha Bill_Pay 032426 Steven Shapiro Wells Fargo Bank | | 5.00 | 1,510.19 |
| 3/26 | | Stripe Transfer St-F7P4P3P0M8F6 PC Learning Centers IN | 287.55 | | 1,797.74 |
| 3/27 | | Stripe Transfer St-J0B8J2U0I3S4 PC Learning Centers IN | 1,520.73 | | |
| 3/27 | | WT S066086345DD01 Morgan Stanley A /Org=Msl FBO Julie Beth Kaplan,Tod Subj Srf# S066086345DD01 Trn#260327086252 Rfb# | 9,750.00 | | 13,068.47 |
| 3/30 | | Zelle From Steven Shapiro on 03/29 Ref # Tdp022O7Br73 Refund of Test Qbo Bill Pay | 5.00 | | |
| 3/30 | | WT S0660894Fe4401 Morgan Stanley A /Org=Msl FBO Julie Beth Kaplan,Tod Subj Srf# S0660894Fe4401 Trn#260330221434 Rfb# | 28,000.00 | | |
| 3/30 | | Purchase authorized on 03/27 Pilot Fiber 855-578-5500 NY S346086510835982 Card 4336 | | 867.00 | |
| 3/30 | | Recurring Payment authorized on 03/28 Verizonwrlss*Rtccr 800-922-0204 FL S356087501795183 Card 9571 | | 346.29 | |
| 3/30 | | Recurring Payment authorized on 03/28 Apple.Com/Bill 866-712-7753 CA S356088078229037 Card 9571 | | 2.99 | |
| 3/30 | < | Business to Business ACH Debit - Payroll Service 1Jb4 033126 1Jb4 1Jb4 PC Learning Centers IN | | 11,259.86 | |
| 3/30 | < | Business to Business ACH Debit - Online Payroll Payroll 260328 0308399 PC Learning Centers *I | | 82.65 | 28,514.68 |
| 3/31 | | Monthly Service Fee | | 15.00 | 28,499.68 |
| Totals | | | $77,375.12 | $75,352.62 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $2,000.00 | $1,510.19 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 20 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your       $ _____
   register or transfers into         $ _____
   your account which are not         $ _____
   shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                           TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801