**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street
Rochelle Park, New Jersey  07662
Kenneth L. Baum, Esq.
kbaum@kenbaumdebtsolutions.com
(201) 853-3030
(201) 584-0297 Facsimile
kbaum@kenbaumdebtsolutions.com
*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PC LEARNING CENTERS, INC., | : | Case No. 25-11964-mew |
| | : | |
| | : | Chapter 11 (Subchapter V) |
| | : | |
| Debtor.[1] | : | |
| | : | |

### NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the Debtor's *Second Amended Plan of Reorganization for Small Business Under Chapter 11* dated April 22, 2026 [Doc. No. 69], which was scheduled to occur on May 22, 2026, at 11:00 a.m**.,** has been adjourned on consent of the parties to **June 9, 2026, at 2:00 p.m.** The hearing will be held in person before the Honorable Michael E. Wiles, at the United States Bankruptcy Court, One Bowling Green, Courtroom 617, New York, NY 10004-1408.

---

[1] The last four digits of the debtor's federal Employer Identification Number (EIN) are 6702.

Dated: May 14, 2026
Rochelle Park, New Jersey

LAW OFFICES OF KENNETH L.
BAUM LLC
Attorneys for the Debtor


By: */s/ Kenneth L. Baum*
Kenneth L. Baum