# Initiate Business Checking℠



PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)
114 W 26TH ST FL 3
NEW YORK NY 10001-7058

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $28,499.68 |
| Deposits/Credits | 66,576.66 |
| Withdrawals/Debits | - 72,981.98 |
| **Ending balance on 4/30** | **$22,094.36** |

Account number: ██████████████████

**PC LEARNING CENTERS, INC
DEBTOR IN POSSESSION
CH11 CASE #25-11964 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████████

For Wire Transfers use
Routing Number (RTN): ████████

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 4/1 | | Stripe Transfer St-L5C3Y3N8C2R2 PC Learning Centers IN | 480.45 | | |
| 4/1 | | Purchase authorized on 03/30 Amazon RETA* BG8Mw WWW.Amazon.CO WA S356090234963354 Card 4336 | | 247.38 | |
| 4/1 | | Recurring Payment authorized on 03/31 Verizon*Recurring 800-Verizon FL S466091236988567 Card 9571 | | 267.58 | |
| 4/1 | < | Business to Business ACH Debit - Obm Web Pay 260331 002245 PC Learning Centers, I | | 119.50 | 28,345.67 |
| 4/2 | | Refunded: Monthly Service Fee | 15.00 | | |
| 4/2 | | Purchase authorized on 03/30 Amazon Mktpl*Bc811 Amzn.Com/Bill WA S466090237386088 Card 4336 | | 102.30 | |
| 4/2 | | Purchase authorized on 03/31 Amazon Mktpl*BG9F7 Amzn.Com/Bill WA S386090710631125 Card 4336 | | 69.67 | |
| 4/2 | | Recurring Payment authorized on 04/01 Google *Workspace_ CC@Google.Com CA S356091360819406 Card 4336 | | 27.44 | |
| 4/2 | | Recurring Payment authorized on 04/01 Google *Workspace_ CC@Google.Com CA S386091463918551 Card 4336 | | 137.18 | |
| 4/2 | | Recurring Payment authorized on 04/01 Google *Workspace_ CC@Google.Com CA S586091478319945 Card 4336 | | 9.15 | |
| 4/2 | < | Business to Business ACH Debit - Con Ed of NY Cecony 260401 70044661315 PC Learning Centers IN | | 2,090.91 | 25,924.02 |
| 4/3 | | Purchase Return authorized on 04/02 Amazon Mktplace PM Amzn.Com/Bill WA S586092563247264 Card 4336 | 58.76 | | |
| 4/3 | | Stripe Transfer St-N2P7E7M2K3T3 PC Learning Centers IN | 482.85 | | |
| 4/3 | | Recurring Payment authorized on 04/02 Wci*NYC Hauling - 718-665-0770 NY S466092401026416 Card 9571 | | 266.97 | |
| 4/3 | | Recurring Payment authorized on 04/02 Dnsimple Dnsimple.Com FL S306092804061242 Card 4336 | | 7.00 | 26,191.66 |
| 4/6 | | Peerspace Peerspace St-K2B7Z2L6O6O0 PC Learning Centers IN | 979.20 | | |
| 4/6 | | Stripe Transfer St-E4A3M7Q1E3V1 PC Learning Centers IN | 3,848.32 | | 31,019.18 |
| 4/7 | | Stripe Transfer St-I7N0G1J7Q5J0 PC Learning Centers IN | 296.31 | | |
| 4/7 | | Peerspace Peerspace St-U3Y6G2Y5E8N4 PC Learning Centers IN | 1,536.00 | | |
| 4/7 | | Recurring Payment authorized on 04/06 Zoom.Com 888-799-9 Zoom.US CA S386096656006316 Card 4336 | | 69.60 | |
| 4/7 | | Open Items for C Payment Sj Shamie Realty LLC | | 28,198.66 | |
| 4/7 | 5001 | Check | | 121.79 | 4,461.44 |
| 4/8 | | Giggster, Inc. ACH Pmt 260408 11214261244 Location $2,300.00 Usd, ID: E9F3E6 | 1,863.00 | | |
| 4/8 | | Stripe Transfer St-T5A9I1Y3H9M0 PC Learning Centers IN | 3,326.49 | | |
| 4/8 | | Recurring Payment authorized on 04/07 Intuit *Qbooks Onl Cl.Intuit.Com CA S386097379381575 Card 9571 | | 125.21 | |
| 4/8 | | Tripleseat Softw 9782916436 260407 Learning Centers, Inc. | | 108.88 | 9,416.84 |
| 4/9 | | Recurring Payment authorized on 04/08 Cci*Constant-Conta 855-2295506 MA S466098281083044 Card 4336 | | 201.43 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/9 | | Recurring Payment authorized on 04/08 Dashlane U* Dashla Dashlane.Com NY S306098516361284 Card 9571 | | 59.99 | |
| 4/9 | < | Business to Business ACH Debit - Corp E Corp E-Check 040826 1226436918 PC Learning Centers I | | 50.00 | 9,105.42 |
| 4/10 | | Stripe Transfer St-L5V3D3K2J6U3 PC Learning Centers IN | 4,866.76 | | |
| 4/10 | | ATM Withdrawal authorized on 04/10 169 7th Avenue NEW York NY 0001581 ATM ID 3663W Card 4336 | | 940.00 | 13,032.18 |
| 4/13 | | Peerspace Peerspace St-V5I2R7S2H1V6 PC Learning Centers IN | 92.40 | | |
| 4/13 | | Stripe Transfer St-W3D5V2A3S3L1 PC Learning Centers IN | 8,911.67 | | |
| 4/13 | | Recurring Payment authorized on 04/10 Spectrum 855-707-7328 MO S466100519066576 Card 4336 | | 234.06 | |
| 4/13 | | Purchase authorized on 04/11 Ysi*Yardi Kube 800-8661124 CA S386101265544605 Card 4336 | | 1,265.36 | |
| 4/13 | | Purchase authorized on 04/11 The Home Depot #6175 NEW York NY P586101535082144 Card 4336 | | 28.57 | |
| 4/13 | | Recurring Payment authorized on 04/12 Adobe Inc 800-8336687 CA S346102581439465 Card 4336 | | 37.55 | |
| 4/13 | | Purchase authorized on 04/12 Cvs/Pharmacy #02 02671--7 NEW York NY P386102640964882 Card 4336 | | 6.03 | 20,464.68 |
| 4/14 | | Peerspace Peerspace St-M9M2S8P7P1I6 PC Learning Centers IN | 106.80 | | |
| 4/14 | | Stripe Transfer St-R6U0D3H5C0Y5 PC Learning Centers IN | 1,258.50 | | |
| 4/14 | | eDeposit IN Branch 04/14/26 10:55:06 Am 169 7th Ave NEW York NY 4660 | 7,200.00 | | |
| 4/14 | | Purchase authorized on 04/12 Amazon RETA* B75x4 WWW.Amazon.CO WA S306103025086605 Card 4336 | | 11.97 | |
| 4/14 | | Zelle to Julie Kaplan on 04/14 Ref # Wfct122J7Hsc Capital One 4172026 Statement Balance | | 9,393.23 | |
| 4/14 | < | Business to Business ACH Debit - Payroll Service 1Jb4 041526 1Jb4 1Jb4 PC Learning Centers IN | | 10,699.15 | 8,925.63 |
| 4/15 | | Stripe Transfer St-Q9T0A2W4D0T4 PC Learning Centers IN | 2,890.29 | | |
| 4/15 | < | Business to Business ACH Debit - Online Payroll Payroll 260414 6126865 PC Learning Centers *I | | 87.08 | |
| 4/15 | < | Business to Business ACH Debit - The Hartford Inspmtcl 14367086 PC Learning Centers, I | | 806.70 | 10,922.14 |
| 4/16 | | Stripe Transfer St-H6Q5T9Q3O1D6 PC Learning Centers IN | 2,715.65 | | |
| 4/16 | | Purchase authorized on 04/16 The Home Depot #6175 NEW York NY P346106825261615 Card 4336 | | 21.63 | 13,616.16 |
| 4/17 | | Stripe Transfer St-P0Z1E6F5I3F6 PC Learning Centers IN | 10,670.54 | | 24,286.70 |
| 4/20 | | Paychex Tps Taxes 041726 16450000097393x PC Learning Centers IN | 184.40 | | |
| 4/20 | | Stripe Transfer St-V7E4J6x9F2Y8 PC Learning Centers IN | 313.35 | | |
| 4/20 | | Zelle to The Lofts at Prince. on 04/20 Ref # Wfct1236Xpq3 Trading Academy 04192026 | | 1,307.20 | |
| 4/20 | | Purchase authorized on 04/20 Fairway Market of Chelsea NEW York NY P386110798139244 Card 4336 | | 21.31 | 23,455.94 |
| 4/21 | | Stripe Transfer St-E2Y2K7P3S6Z6 PC Learning Centers IN | 424.96 | | |
| 4/21 | | Purchase authorized on 04/20 Sp Baked By Meliss 121-28420220 NY S586110731802350 Card 4336 | | 71.50 | 23,809.40 |
| 4/22 | | Stripe Transfer St-J0P3R8E7K4Z6 PC Learning Centers IN | 268.86 | | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 260422184859 Srf# Ow00006875722725 Trn#260422184859 Rfb# Ow00006875722725 | | 25.00 | |
| 4/22 | | Recurring Payment authorized on 04/20 Trimble Inc. 303-6358810 CA S306111004657085 Card 4336 | | 434.41 | |
| 4/22 | | Purchase authorized on 04/22 The Home Depot #6175 NEW York NY P346112629707925 Card 4336 | | 64.92 | |
| 4/22 | | WT Fed#02R01 Citibank, N.A. /Ftr/Bnf=Citibank Srf# Ow00006875722725 Trn#260422184859 Rfb# Ow00006875722725 | | 2,500.00 | 21,053.93 |
| 4/23 | | Stripe Transfer St-B4H8O7W2G8I3 PC Learning Centers IN | 165.30 | | |
| 4/23 | | Instant Pmt From Stp FBO Tagvenue Limited-Tagvenue Limited on 04/23 Ref#20260423043000096P1Baaaa00377670250 Tagvenue 04/20/2026 | 527.00 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/23 | | Recurring Payment authorized on 04/22 Web*Bluehost.Com 888-4014678 UT S466112258682118 Card 4336 | | 3.26 | |
| 4/23 | | Purchase authorized on 04/22 Amazon RETA* By1Xb WWW.Amazon.CO WA S586112481471204 Card 4336 | | 29.04 | |
| 4/23 | | Purchase authorized on 04/22 Amazon Mktpl*By8Iz Amzn.Com/Bill WA S346112500060913 Card 4336 | | 65.31 | |
| 4/23 | | Recurring Payment authorized on 04/22 Stamps.Com 512-8864006 CA S586113111655317 Card 9571 | | 20.99 | 21,627.63 |
| 4/24 | | Stripe Transfer St-D5L1E2Q2P2W3 PC Learning Centers IN | 2,201.53 | | |
| 4/24 | | Purchase authorized on 04/22 Amazon Mktpl*Bj9Z2 Amzn.Com/Bill WA S466112482017879 Card 4336 | | 142.06 | |
| 4/24 | | Recurring Payment authorized on 04/23 Intellistack-Forms 317-5423125 IN S386113830273242 Card 4336 | | 90.48 | |
| 4/24 | | ATM Withdrawal authorized on 04/24 169 7th Avenue NEW York NY 0001947 ATM ID 3663W Card 4336 | | 1,000.00 | |
| 4/24 | < | Business to Business ACH Debit - Sslicny Ins Paymt 260423 9230818 PC *Learning | | 280.38 | 22,316.24 |
| 4/27 | | Stripe Transfer St-F1H3B6Y0C0T8 PC Learning Centers IN | 4,755.15 | | |
| 4/27 | | Recurring Payment authorized on 04/24 Joinhomebase.Com Joinhomebase. CA S386114705066534 Card 4336 | | 30.00 | 27,041.39 |
| 4/28 | | Stripe Transfer St-K0P1D8G4Q9E2 PC Learning Centers IN | 916.55 | | |
| 4/28 | | Recurring Payment authorized on 04/26 Verizonwrlss*Rtccr 800-922-0204 FL S346116688483138 Card 9571 | | 346.30 | |
| 4/28 | | Purchase authorized on 04/27 Pilot Fiber 855-578-5500 NY S356117490390210 Card 4336 | | 867.00 | |
| 4/28 | | Purchase authorized on 04/28 The Home Depot #6175 NEW York NY P386118436321056 Card 4336 | | 26.77 | |
| 4/28 | | Purchase authorized on 04/28 The Home Depot #6175 NEW York NY P586118610562520 Card 4336 | | 94.22 | 26,623.65 |
| 4/29 | | Stripe Transfer St-P0L6H9G0S8W1 PC Learning Centers IN | 98.90 | | |
| 4/29 | | Stripe Transfer St-P9N2W5A8W1M2 PC Learning Centers IN | 3,111.32 | | |
| 4/29 | < | Business to Business ACH Debit - Online Payroll Payroll 260428 0811826 PC Learning Centers *I | | 78.22 | |
| 4/29 | < | Business to Business ACH Debit - Payroll Service 1Jb4 043026 1Jb4 1Jb4 PC Learning Centers IN | | 9,668.65 | 20,087.00 |
| 4/30 | | Stripe Transfer St-V7J4O1N1J3G9 PC Learning Centers IN | 37.25 | | |
| 4/30 | | Ankle Deep LLC ACH Pmt 260430 11217239344 Ankle Deep LLC Location Fee Chelsea | 1,973.10 | | |
| 4/30 | | Recurring Payment authorized on 04/28 Apple.Com/Bill 866-712-7753 CA S346119078293842 Card 9571 | | 2.99 | 22,094.36 |
| Totals | | | $66,576.66 | $72,981.98 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<   *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 5001 | 4/7 | 121.79 |



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|

C1/W6

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 19 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                     TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801