UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                         :      Chapter 11 (Subchapter V)

                                :

PC LEARNING CENTERS, INC.,      :      Case No.: 25-11964 (MEW)

                                :

               Reorganized Debtor.  :

---------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First and Final Fee Application of Law Offices of Kenneth L. Baum LLC as Counsel to the Debtor for Allowance of Compensation and Reimbursement of Expenses and the Application for First and Final Allowance of Compensation and Reimbursement of Expenses by Ronald J. Friedman, Esq., the Subchapter V Trustee (the "**Applications**") for professional services rendered and expenses incurred during the period of September 9, 2025, through July 29, 2026; and a hearing having been held before this court to consider the Applications on August 25, 2026; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted to the extent set forth in the attached Schedules.[1]

Dated:
     New York, New York

_____

_____
UNITED STATES BANKRUPTCY JUDGE
Southern District of New York

_____

[1] Schedule A (First and Final Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.: 25-11964

Case Name:  In re: PC LEARNING CENTERS, INC.

**FIRST AND FINAL FEE PERIOD**

**September 9, 2025 through and including  July 29, 2026**

**Schedule A**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| LAW OFFICES OF KENNETH L. BAUM LLC | July 30, 2026 [Doc. 86] | $57,823.00 | | | | | $3,671.45 | |
| RONALD J. FRIEDMAN, ESQ., Subchapter V Truste | July 23, 2026 [Doc. 83] | $3,145.00 | | | | | 0.00 | |
| | | | | | | | | |
| | | | | | | | | |

Case No.: 25-11964        **FINAL FEE APPLICATION TOTALS**        **Schedule B**

Case Name:  In re: PC LEARNING
               CENTERS INC.

**September 9, 2025 through and including July 29, 2026**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| LAW OFFICES OF KENNETH L. BAUM, LLC, Counsel to Debtor | $57,823.00 | | $3,671.45 | |
| RONALD J. FRIEDMAN, ESQ., Subchapter V Trustee | $3,145.00 | | $0.00 | |
| | | | | |
| | | | | |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: ___ USBJ